UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

            Plaintiff,

    vs.

MGM MIRAGE, INC. AND VICTORIA
PARTNERS, L.P.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case    Judge Baer

Case No.   08 CV 03157

DEMAND FOR JURY TRIAL

## PLAINTIFF SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO'S DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM") certifies the following:

SBM is a société anonyme organized and existing under the laws of the Principauté of Monaco with no corporate parents.

11235/2449570.1

No publicly held corporation owns 10% or more of the stock of SBM.

DATED:   New York, New York
March 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Robert L. Raskopf
Claudia T. Bogdanos
Jonathan A. Scharf
robertraskopf@quinnemanuel.com
claudiabogdanos@quinnemanuel.com
jonathanscharf@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO

*Of Counsel*:

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
George R. Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100