```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

RECEIVED
APR 23 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SOCIETE DES BAINS DE MER ET DU :
CERCLE DES ETRANGERS A
MONACO, :

          Plaintiff, :

vs. :

MGM MIRAGE and VICTORIA
PARTNERS, L.P., :

          Defendants.
------------------------------------------------x

Case No. 08-CV-03157 (HB)

**STIPULATION AND ORDER**

WHEREAS, Plaintiff contends that Defendants MGM MIRGAE and Victoria Partners, L.P. (collective "Defendants") were served with Plaintiff's Complaint, filed March 31, 2008, on or about March 31, 2008;

WHEREAS, Plaintiff contends that Defendants were served with Plaintiff's Amended Complaint, filed April 1, 2008;

WHEREAS, the parties agree that the date for Defendants to file and serve an answer or other response to Plaintiff's Amended Complaint is April 21, 2008;

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its attorneys, Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their attorneys, White & Case LLP and Lewis and Roca LLP, and subject to approval by the Court, that the time for all Defendants to answer or otherwise respond to Plaintiff's Amended Complaint shall be on or before May 5, 2008. No prior request for an extension related to Plaintiff's Amended Complaint has been requested.

DATED: April 22, 2008

QUINN EMANUEL URQUHART　　　　　　WHITE & CASE LLP
OLIVER & HEDGES, LLP

By: /s/ Robert L. Raskopf　　　　　　　　By: /s/ Jonathan Moskin
Robert L. Raskopf (RR-5022)　　　　　　　Jonathan Moskin (JM-9814)
Claudia T. Bogdanos　　　　　　　　　　Michelle Dean
Jonathan A. Scharf　　　　　　　　　　　1155 Avenue of the Americas
51 Madison Avenue, 22nd Floor　　　　　New York, New York 10036
New York, New York 10010　　　　　　　Tel: (212)-819-8200
Tel: (212) 849-7000　　　　　　　　　　Fax: (212)-354-8113
Fax: (212) 849-7100

ATTORNEYS FOR PLAINTIFF　　　　　　ATTORNEYS FOR DEFENDANTS
SOCIETE DES BAINS DE MER ET DU　　　MGM MIRAGE and VICTORIA
CERCLE DES ETRANGERS A　　　　　　PARTNERS, L.P.
MONACO

*Of Counsel*:　　　　　　　　　　　　　*Of Counsel*:

QUINN EMANUEL URQUHART　　　　　　LEWIS AND ROCA LLP
OLIVER & HEDGES, LLP　　　　　　　　Michael J. McCue (*pro hac vice* pending)
George R. Hedges　　　　　　　　　　　Jonathan W. Fountain (*pro hac vice* pending)
865 S. Figueroa Street, 10th Floor　　　　3993 Howard Hughes Parkway
Los Angeles, CA 90017　　　　　　　　　Suite 600
Tel: (212) 443-3000　　　　　　　　　　Las Vegas, NV 89169
Fax: (212) 443-3100　　　　　　　　　　Tel: (702) 949-8200
　　　　　　　　　　　　　　　　　　　Fax: (702) 949-8398

New York, New York

4/23, 2008

SO ORDERED:

/s/ Harold Baer
Hon. Harold Baer
United States District Judge