```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

RECEIVED
MAY 05 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

        Plaintiff,

vs.

MGM MIRAGE and VICTORIA
PARTNERS, L.P.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08-CV-03157 (HB)

**STIPULATION AND ORDER**

WHEREAS, Plaintiff contends that Defendants MGM MIRAGE and Victoria Partners, L.P. (collective "Defendants") were served with Plaintiff's Complaint, filed March 31, 2008, on or about March 31, 2008;

WHEREAS, Plaintiff contends that Defendants were served with Plaintiff's Amended Complaint, filed April 1, 2008;

WHEREAS, the parties agree that the original date for Defendants to file and serve an answer or other response to Plaintiff's Amended Complaint was April 21, 2008;

WHEREAS, the parties have once before agreed to extend the Defendants' time to file and serve an answer or other response to Plaintiff's Amended Complaint, to May 5, 2008;

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its attorneys, Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their attorneys, White & Case LLP and Lewis and Roca LLP, and subject to approval by the Court, that the time for all Defendants to answer or otherwise respond to Plaintiff's Amended Complaint shall be on or before May 19, 2008.

NEWYORK 6606547 (2K)

DATED: May 5, 2008

| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | WHITE & CASE LLP |
|---|---|
| By: _____ Robert L. Raskopf (RR-5022) Claudia T. Bogdanos Jonathan A. Scharf 51 Madison Avenue, 22nd Floor New York, New York 10010 Tel. (212) 849-7000 Fax: (212) 849-7100 | By: _____ Jonathan Moskin (JM-9814) Michelle Dean 1155 Avenue of the Americas New York, New York 10036 Tel: (212)-819-8200 Fax: (212)-354-8113 |

ATTORNEYS FOR PLAINTIFF
SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO

ATTORNEYS FOR DEFENDANTS
MGM MIRAGE and VICTORIA
PARTNERS, L.P.

*Of Counsel:*

*Of Counsel:*

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
George R. Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (212) 443-3000
Fax: (212) 443-3100

LEWIS AND ROCA LLP
Michael J. McCue (*pro hac vice* pending)
Jonathan W. Fountain (*pro hac vice* pending)
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

New York, New York

5/5, 2008

*[Handwritten: Don't come back again!]*

SO ORDERED:

_____
Hon. Harold Baer
United States District Judge