# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, I served a copy of **DECLARATION OF JONATHAN W. FOUNTAIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THIS CASE TO THE DISTRICT OF NEVADA** on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

>Robert L. Raskopf
>Claudia T. Bogdanos
>Jonathan Scharf
>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010

>/s E. Michelle Dean
>E. Michelle Dean
>WHITE & CASE LLP
>1155 Avenue of the Americas
>New York, New York 10036