## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, I served a copy of **DECLARATION OF BRYAN L. WRIGHT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THIS CASE TO THE DISTRICT OF NEVADA** on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

> Robert L. Raskopf
> Claudia T. Bogdanos
> Jonathan Scharf
> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010

>                                    /s E. Michelle Dean
>                                    E. Michelle Dean
>                                    WHITE & CASE LLP
>                                    1155 Avenue of the Americas
>                                    New York, New York 10036