```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

        Plaintiff,

    vs.

MGM MIRAGE AND VICTORIA
PARTNERS, L.P.

        Defendants.

------------------------------------x

Case No. 08-CV-03157 (HB)

STIPULATION AND ORDER

    WHEREAS, Defendant contends that Plaintiff, Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM" or "Plaintiff"), was served with Defendant's Motion to Dismiss or Transfer, filed on or about May 19, 2008;

    WHEREAS, the parties agree that the original date for Plaintiff to file and serve a response to Defendant's Motion to Dismiss or Transfer was June 6, 2008;

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its attorneys, Quinn Emanuel Urquhart Oliver & Hedges LLP and Defendants, through their attorneys, White & Case LLP and Lewis and Roca LLP and subject to approval by the Court, that the time for Plaintiff to respond to Defendant's Motion to Dismiss or Transfer shall be on or before July 3, 2008.

*[Handwritten note:] Let's see if we can't finally get it together.*

[Signature]

DATED: May 27, 2008

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | WHITE & CASE LLP |
| By: /s/ Robert L. Raskopf | By: /s/ Jonathan Moskin |
| Robert L. Raskopf (RR-5022)<br>Claudia T. Bogdanos<br>Jonathan A. Scharf<br>Lori E. Weiss<br>51 Madison Ave, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 | Jonathan Moskin (JM-9814)<br>Michelle Dean<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 819-8200<br>Fax: (212) 354-8113 |
| ATTORNEYS FOR PLAINTIFF SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO | ATTORNEYS FOR DEFENDANTS MGM MIRAGE and VICTORIA PARTNERS, L.P. |
| *Of Counsel:* | *Of Counsel:* |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>George R. Hedges<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 | LEWIS & ROCA, LLP<br>Michael J. McCue (*pro hac vice* pending)<br>Jonathan W. Fountain (*pro hac vice* pending)<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398 |

New York, New York

May 29, 2008

SO ORDERED:

/s/ Harold Baer

Hon. Harold Baer
United States District Judge