**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial + 212.819.8853   jmoskin@whitecase.com

July 1, 2008

<u>VIA HAND DELIVERY</u>

Hon. Harold Baer
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

>   USDS SDNY
>   DOCUMENT
>   ELECTRONICALLY FILED
>   DOC #: _____
>   DATE FILED: 7-2-08

Re:   Société des Bains de Mer et du Cercle des Etrangers à Monaco v. MGM Mirage and Victoria Partners, L.P.
      Case No. 08-CV-03157 (HB)

Dear Judge Baer:

On behalf of defendants, and mindful of Your Honor's instructions to keep this matter moving forward expeditiously, I am writing with the consent of plaintiff's counsel to propose a possible brief adjournment of the initial status conference now scheduled for July 10 at 12:45.

This request is made for two reasons. Without purporting to prejudge their pending jurisdictional motion, defendants note that, because of the pendency of that motion, it may ultimately be unnecessary to schedule further proceedings in the case. Moreover, I will be out of the country the entire week of the July 7. Defendants, of course, did not ask to be sued and did not ask to be sued in this jurisdiction. A brief adjournment - for instance to the time of a hearing on the pending motion to dismiss or transfer or even to the following week of July 14 - would, without delaying progress on the merits of the case, spare defendants the expense of having counsel in Nevada travel to New York for this one preliminary hearing.

I appreciate Your Honor's attention to this matter.

Respectfully submitted,

Jonathan Moskin

cc:   Robert Raskopf, Esq.
      Michael McCue, Esq.

Pre trial conference now scheduled
SO ORDERED:   for August 21, 2008
              1:45 pm.

Harold Baer, Jr., U.S.D.J.

Date: 7/1/08