IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------x
```
SOCIETE DES BAINS DE MER ET          :
DU CERCLE DES ESTRANGERS À           :        Case No. 08–CV–3157 (HB)
MONACO                               :
                                     :
            Plaintiff,               :
                                     :
MGM MIRAGE and VICTORIA              :
PARTNERS, LP                         :
                                     :
            Defendants.              :
```
-----------------------------------------------x
```

## DECLARATION OF NICOLE PATTERSON

I, Nicole R. Patterson, declare as follows:

1.      I am over 18 years old, and I am competent to make this declaration based upon my

personal knowledge.  I submit this Declaration in support of Plaintiff Société des Bains de Mer et du

Cercle des Estrangérs à Monaco's ("SBM" or "Plaintiff") Opposition to Defendants' Motion to

Dismiss, or, in the Alternative, to Transfer this Case to the District of Nevada .

2.      I am employed by Duff & Phelps, LLP, 300 Headquarters Plaza, East Tower, 12th

Floor, Morristown, New Jersey, 07960, as a Senior Associate in the Dispute and Legal

Management Consulting practice.

3.      Duff & Phelps was retained by Quinn Emanuel Urquhart Oliver & Hedges, LLP in

this matter.  In that connection, I have been asked to review websites including

www.montecarlo.com and www.mgmmirage.com.  Further, I was asked to personally interact

with the sites and its respective service offerings by entering personal identification and financial

information.

4.      I conducted my activities during the period of June 23, 2008 to July 2, 2008.

**Background Information**

5.    I am a resident of Staten Island, New York.

6.    I have a personal VISA credit card ending in 7370.  The billing address associated with the account is my home address in Staten Island, New York.

7.    I have a personal email account at gmail.com.

8.    The information set forth in paragraphs 5 through 7 will collectively be referred to herein as "Personal Information".

9.    All activities were performed using my Personal Information.  My Personal Information has been redacted from the exhibits attached hereto.

10.    Each activity performed is set forth by a bold caption heading, and the steps taken to perform that activity are detailed in the paragraphs within such heading.

11.    As needed and to the extent possible, I captured an image of pages as viewed by printing the page using Adobe .pdf.  In certain cases, seemingly due to flash and other graphics, I was only able to capture certain images, text and content displayed absent the viewed formatting. In some cases, I was able to take a screen shot that I pasted into the Microsoft "Paint" program and edited only by cropping out the framing.  I did not alter or modify content, image or text.

**MonteCarlo.com: Booked Air & Hotel Package**

12.    I entered the web address of www.montecarlo.com.  See Exhibit 1.

13.    I selected "Air and Hotel Packages" displayed on the left side of the page, and a new window opened with an IP address of http://montecarlo.mgmmiragevacations.com.  See Exhibit 2.

14.    The page contained the "Monte Carlo" logo at the top of the page, and it contained entry fields to assist in booking a flight and hotel package.  See id.  In the field "Departure City,"

there was a drop down menu for the user to select a preset city with a corresponding airport code. "New York – La Guardia (LGA)" and "New York – JFK (JFK)" were available options. <u>See</u> Exhibits 3 and 4.

15.    I selected "New York – JFK (JFK)" as the "Departure City"; October 1, 2008 as the "Departure Date"; October 3, 2008 as the "Return Date"; and changed the number of "Adults" to 1. <u>See</u> Exhibit 5.

16.    I selected "SEARCH" at the bottom of the page, and the site performed a search that landed on a search results page originating at http://reservations.mgmmiragevacations.com. <u>See</u> Exhibit 6. The "Package Summary" set forth on the page included a flight from/to New York – JFK to/from Las Vegas and hotel accommodations at the Monte Carlo. <u>See id.</u>

17.    I selected "BOOK THIS VACATION" at the bottom of the page, and I was directed to a new page, "Checkout," to review the itinerary, enter traveler information and provide a method of payment. <u>See</u> Exhibit 7. I reviewed the Terms and Conditions, provided my Personal Information as requested to complete the fields, and created a password as requested. <u>See</u> Exhibits 8 & 9.

18.    I selected "BOOK THIS VACATION" at the bottom of the page, and I was directed to a confirmation page where my reservation number was provided, R0EA00E5. <u>See</u> Exhibit 10.

19.    Shortly thereafter, I received an email containing a "Travel Confirmation" from customerservice@mgmmiragevacations.com. <u>See</u> Exhibit 11.

20.    I also received an email from etraveldocument@mgmmiragevacations.com with a subject of "E-Travel Document" that reiterated the trip details. <u>See</u> Exhibit 12. Therein, displayed prominently at the top and bottom of the email, was what appears to me to be the "MGM Mirage Vacations" logos. <u>See id.</u>

**MonteCarlo.com: Special Offers Sign-up**

21.    I entered the web address of www.montecarlo.com.  See Exhibit 1.

22.    At the bottom of the page is an entry box that states "Enter your email address to receive special offers."  I entered my personal email address and selected "GO!".

23.    A new window opened with an IP address of https://secure02.mgm-mirage.com/Guestbook/Guestbook.aspx?PID=MCH&email=███████@gmail.com.  See Exhibit 13. The page was captioned "Guestbook," and my email address was pre-populated therein.  See id.

24.    I provided my Personal Information as requested to complete the fields in "Step 1 of 4," and clicked on "NEXT" located at the bottom of the page.  See Exhibit 14.

25.    A new page opened containing "Step 2 of 4" wherein it requested the user to "Select the preferred resorts and casinos you would like to hear from."  See Exhibit 15.  Monte Carlo was pre-selected.  See id.  I also selected "The Mirage" and then clicked on "NEXT".  See Exhibit 16.

26.    A new page opened containing "Step 3 of 4" wherein "Your Communication Preferences" were requested.  See Exhibit 17.  "Mail" and "Phone" were pre-selected.  See id.  I then clicked on "NEXT".

27.    A new page opened containing "Step 4 of 4" wherein the user was asked about the opportunity to receive special promotions.  See Exhibit 18.  The "Yes" option was pre-selected.  See id.  I then clicked on "NEXT".

28.    A new page displayed that stated "Thank you!" and noted "an email has been sent to ███████@gmail.com with a link to activate your Guestbook Account."  See Exhibit 19.  I clicked on "End Session" and the window closed.

29.    Shortly thereafter, I received an email containing a link to activate the Guestbook Account from MonteCarlo@montecarlo.mgg01.net. See Exhibit 20.

30.    I clicked on the link and was directed to https://secure02.mgm-mirage.com/Guestbook/Confirm.aspx?TRANID=XurP8rWxM%2bg%3d&PID=MCH. See Exhibit 21. The page contained text that stated, in part, "Thank you, Nicole, for creating your MGM MIRAGE Guestbook Account. You will start receiving special offers and promotions immediately from your preferred Resorts and Casinos. Use the links below to review your preferences or update your account." See id.

**MonteCarlo.com: Player's Club Sign-up**

31.    I entered the web address of www.montecarlo.com. See Exhibit 1.

32.    I selected "Casino" located at the top of the page and was directed to http://www.montecarlo.com/casino. See Exhibits 22 and 23.

33.    I selected "Players Club" located midway down the page, and a "Players Club" page was displayed. See Exhibits 24 and 25.

34.    I clicked on "PLAYERS CLUB" at the bottom of the page, and a new window opened with an address of https://www.playersclub.com. See Exhibit 26.

35.    I clicked on "JOIN NOW!" on the right side, and a new page opened titled "NEW MEMBER ENROLLMENT". See Exhibit 27.

36.    I provided my Personal Information as requested to complete the fields, and created a password as required. See Exhibit 28.

37.    After I clicked on "Submit", a popup box displayed stating "Are you sure?" with the Options of "OK" or "Cancel". I clicked on "OK". The page then reopened and requested verification of highlighted information. See Exhibit 29. It appeared to me the system

abbreviated my address from "Place" to "Pl" and was seeking approval of the change. I clicked

on "Submit," and the same popup box displayed. I clicked on "OK".

38.    The page then reopened indicating "Player information you provided is already

registered in our database. Please contact Players Club for assistance." See Exhibit 30.

39.    I returned to the Players Club Member Login page. See Exhibit 26. As I did not

know my account number, I clicked on "Need Your Account Number" and a page opened titled

"Request Your Account Number". See Exhibit 31. Instructions on the page stated, "Call 866-

800-4668 to obtain your Players Club account number (Player ID)." See id.

40.    From my office telephone, I dialed 1-866-800-4668. I spoke to a customer service

representative and confirmed certain Personal Information. The representative provided my

Players Club Number.

41.    I returned to the Players Club Member Login page. See Exhibit 26. I entered my

Players Club Number and the password I created in paragraph 17, and clicked on "LOG IN". See

Exhibit 32. The next page requested confirmation of my date of birth as the account had not

been registered online. See Exhibit 33. I entered my Date of Birth and clicked on "Submit".

See Exhibit 34.

42.    A new page opened that requested creation of a password and confirmation of my

email address. See Exhibit 35. I noted my email was pre-populated in the "Email" field. See id.

I created a password, reentered my email address and clicked on "Register". I was directed to

check my email for further instruction.

43.    I received an email from welcome@playersclub.com. See Exhibit 36. I clicked on the

link therein, https://www.playersclub.com/Act.asp?ap=UD04MzI3MzA0&L=0, and a new

window opened to the Players Club Member Login page. See Exhibit 37. I noted my Players

Club Number was pre-populated, and the words "Account Activated!" were set forth above "LOG IN". See id.

44.     I entered the password I created in paragraph 42, clicked on "LOGIN", and was directed to the "Member Home" page that displayed certain of my Personal Information. See Exhibit 38.

**MonteCarlo.com: Booked Hotel Reservation – Monte Carlo**

45.     I entered the web address of www.montecarlo.com. See Exhibit 1.

46.     I selected "Reservations" on the top right of the page, and a new window opened with an address at https://reservations.mgmmirage.com/bookingengine.aspx. See Exhibit 39.  I selected a one guest, night stay on November 20, 2008 and clicked on "SEARCH AVAILABILITY". See Exhibit 40.

47.     Available room options were displayed on a new page. See Exhibit 41.

48.     I clicked on "BOOK THIS ROOM" for the Deluxe Room and was directed to a new page that requested "Guest Information". See Exhibit 42.

49.     I provided my Personal Information as requested to complete the fields, and I clicked on "CONTINUE". See Exhibit 43.

50.     A new page opened that requested a review of the itinerary. See Exhibit 44.

51.     I selected "BOOK RESERVATION" at the bottom of the page, and I was directed to a confirmation page where my reservation number was provided, D5DQN. See Exhibit 45.

52.     Shortly thereafter, I received an email with a subject of "Monte Carlo Confirmation" from groupres@montecarlo.com. See Exhibit 46.

**MonteCarlo.com: Casino Credit**

53.     I entered the web address of www.montecarlo.com. See Exhibit 1.

54.    I selected "Casino" on the top right of the page, and a new page opened.  See Exhibit 47.

55.    I selected "Casino Credit" located midway down the page, and a new page opened. See Exhibit 48.

56.    I selected "MARKER LIMIT APPLICATION", and a new window opened at https://secure02.mgm-mirage.com/marker/default.asp?CO=904.  See Exhibit 49.

**MonteCarlo.com: Direct Advantage**

57.    I entered the web address of www.montecarlo.com.  See Exhibit 1.

58.    I selected "Direct Advantage" at the bottom of the page, and a new page opened.  See Exhibit 50.

**MGMMirage.com: Booked Hotel Reservation – Monte Carlo**

59.    I entered the web address of www.mgmmirage.com.  See Exhibit 51.

60.    At the bottom of the page, I selected an arrival date of December 13, 2008 for a one night stay at Monte Carlo and clicked on "GO!".  See Exhibit 52.

61.    A new window opened at https://reservations.mgmmirage.com/bookingengine. aspx.  See Exhibit 53.  I selected a one guest, night stay on December 13, 2008, and clicked on "SEARCH AVAILABILITY".

62.    Available room options were displayed on a new page.  See Exhibit 54.

63.    I clicked on "Book This Room" for the Deluxe Room and was directed to a new page that requested "Guest Information".  See Exhibit 55.

64.    I provided my Personal Information as requested to complete the fields, and I clicked "CONTINUE".  See Exhibit 56.

65.    A new page opened that requested a review of the itinerary. See Exhibit 57.

66.    I selected "Book Reservation" at the bottom of the page, and I was directed to a confirmation page where my reservation number was provided, 2MG6N. See Exhibit 58.

67.    Shortly thereafter, I received an email with a subject of "Monte Carlo Confirmation – 2MG6N" from groupres@montecarlo.com.  See Exhibit 59.

**MGMMirage.com: MGM Mirage Vacations**

68.    I entered the web address of www.mgmmirage.com.  See Exhibit 51.

69.    I selected "MGM Mirage Vacations" displayed on the left side of the page, and a new window opened with an IP address of http://www.mgmmiragevacations.com. See Exhibit 60. The page contained the "MGM Mirage Vacations" logo at the top of the page, and it contained entry fields to assist in booking a flight and hotel package. See id.

70.    In the field "Departure City," there was a drop down menu for the user to select a preset city with a corresponding airport code.  "New York – La Guardia (LGA)" and "New York – JFK (JFK)" were available options. See Exhibit 61. I selected "New York – JFK (JFK)" as the "Departure City". See id.

71.    I selected "Search Flight and Hotel", and the site performed a search that landed on a search results page originating at http://reservations.mgmmiragevacations.com. See Exhibit 62.

72.    The Monte Carlo was a hotel choice, and I clicked on "SELECT" for the Monte Carlo resort. A new page opened containing the package summary. See Exhibit 63.

73.    I clicked on "BOOK THIS VACATION" at the bottom of the page, and I was directed to https://reservations.mgmmiragevacations.com/Book/Booking.aspx to confirm the travel information. See Exhibit 64.

74.    I did not complete the reservation.

**MGMMirage.com: MGM Mirage Vacations Sign-Up**

75.    I entered the web address of www.mgmmirage.com.  See Exhibit 51.

76.    I selected "MGM Mirage Vacations" displayed on the left side of the page, and a new window opened with an IP address of http://www.mgmmiragevacations.com.  See Exhibit 65. Under the section on the bottom of the page titled "Email Specials Signup", I selected "SIGN UP".

77.    I landed on a sign-up page where I provided my Personal Information as requested to complete the fields, and I clicked on "CREATE PROFILE".   See Exhibit 66.

78.    A confirmation page was displayed that stated "thank you for registering with MGM Mirage Vacations".  See Exhibit 67.

**MGMMirage.com: Player's Club Sign-up**

79.    I entered the web address of www.mgmmirage.com.  See Exhibit 51.

80.    I selected "Players Club" and was directed to https://www.playersclub.com.  See Exhibit 26.

**MGMMirage.com: Affiliate Program**

81.    I entered the web address of www.mgmmirage.com.  See Exhibit 51.

82.    I selected "Become an Affiliate" located at the bottom of the page in small font.  See id. A new window opened at http://www.mgmmirageaffiliates.com.  See Exhibit 68.

83.    I selected "Join Now", and a new page opened. See Exhibit 69.

84.    On the left hand side, under "FAQ", I clicked on "General Questions", and a new page opened.  See Exhibit 70.

85.    I clicked on "Join" at the bottom of the page, and a new window opened at http://affiliates.mgmmirage.com/signup.aspx.  See Exhibit 71.

**MGMMirage.com: Resorts & Casinos**

86.    I entered the web address of www.mgmmirage.com.  <u>See</u> Exhibit 51.

87.    On the right side of the page is "Resorts and Casinos".  Placing the pointer over the words opens submenu choices of "Nevada" and "Outside Nevada".  Placing the pointer over "Nevada" opens a submenu of 3 cities in Nevada including "Las Vegas".  Placing the pointer over "Las Vegas" opens a submenu of 12 items including the "Monte Carlo".  <u>See</u> Exhibit 72.

88.    I selected "Monte Carlo" and a new window opened at www.montecarlo.com.  <u>See</u> Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 2nd day of July, 2008.

                                                    _Nicole Patterson_
                                                    Nicole R. Patterson

Exhibit 1



Enter your email address to receive special offers  Your e-mail        GO! »    **Travel Agents**

Copyright © 2008 MGM MIRAGE. All rights reserved. | Terms of Use | Privacy Policy | 800.311.8999 | Contact Us
Direct Advantage | Property Map | FAQs | Press Room | Employment Opportunities | Wireless | RSS | Become An Affiliate | Site Map
Bellagio | Circus Circus | CityCenter | CityCenter Residential Sales | Excalibur | Luxor
Mandalay Bay | MGM Grand | New York-New York | The Mirage | Treasure Island



Exhibit 2



**For Your Convenience, Book Flight and Hotel Together**

Conveniently book flight and hotel packages on one reservation and enhance your stay with show tickets, activities, round-trip airport/hotel transfers, a rental car or more.

FLIGHT+HOTEL

Departure City:

Departure Date: Jul ▼ 14 ▼ 2008 ▼    Mon

Return Date: Jul ▼ 16 ▼ 2008 ▼    Wed

Adults: 2 ▼    Children: 0 ▼    Promotion Code:

**Quick Links**

Protect Your Travel Arrangements

**Multiple Rooms**
To book multiple rooms, please call the flight+hotel customer service number listed above.

**Booking Bonus**
- $25 Dining Credit
- $10 Free Play
- $5 Starbucks Credit
- Food Court Coupons
- Restrictions Apply

**Customer Care**
For your vacation needs, enjoy 24-hour customer assistance before, during and after your trip.

**Featured Packages**
Choose the package that best fits your needs.

- Alaska Airlines Packages
- American Airlines Packages
- Continental Airlines Packages
- Delta Air Lines Packages
- Frontier Airlines Packages
- Midwest Airlines Packages
- Northwest Airlines Packages
- Southwest Airlines Packages
- United Airlines Packages
- US Airways Packages

**International Credit Cards**
At this time we cannot accept international credit cards for flight+hotel packages. We apologize for any inconvenience this may cause.

Privacy Policy

Bellagio Vacations • MGM Grand Vacations • Mandalay Bay Vacations • The Mirage Vacations • Treasure Island Vacations
Monte Carlo Vacations • Luxor Vacations • New York-New York Vacations • Excalibur Vacations • Circus Circus Vacations

MGM MIRAGE Vacations

©1999-2007 Trisept Solutions Generated at 18:34 PM CST on 23JUN08 .
CST 2009218-20

Exhibit 3



Bellagio Vacations • MGM Grand Vacations • Mandalay Bay Vacations • The Mirage Vacations • Treasure Island Vacations
Monte Carlo Vacations • Luxor Vacations • New York-New York Vacations • Excalibur Vacations • Circus Circus Vacations

MGM MIRAGE Vacations

©1999-2007 Trisept Solutions Generated at 18:34 PM CST on 23JUN08 .
CST 2009218-20

Exhibit 4



## For Your Convenience, Book Flight and Hotel Together

Conveniently book flight and hotel packages on one reservation and enhance your stay with show tickets, activities, round-trip airport/hotel transfers, a rental car or more.

**FLIGHT+HOTEL**

Departure City:  New York - JFK (JFK)

Departure Date:  Jul   14   2008   Mon

Return Date:  Jul   16   2008   Wed

Adults:   Children:   Promotion Code:
2   0

**Quick Links**

Protect Your Travel Arrangements

**Multiple Rooms**
To book multiple rooms, please call the flight+hotel customer service number listed above.

**Booking Bonus**
- $25 Dining Credit
- $10 Free Play
- $5 Starbucks Credit
- Food Court Coupons
- Restrictions Apply

**Customer Care**
For your vacation needs, enjoy 24-hour customer assistance before, during and after your trip.

**Featured Packages**
Choose the package that best fits your needs.

- Alaska Airlines Packages
- American Airlines Packages
- Continental Airlines Packages
- Delta Air Lines Packages
- Frontier Airlines Packages
- Midwest Airlines Packages
- Northwest Airlines Packages
- Southwest Airlines Packages
- United Airlines Packages
- US Airways Packages

**International Credit Cards**
At this time we cannot accept international credit cards for flight+hotel packages. We apologize for any inconvenience this may cause.

Privacy Policy

Bellagio Vacations • MGM Grand Vacations • Mandalay Bay Vacations • The Mirage Vacations • Treasure Island Vacations
Monte Carlo Vacations • Luxor Vacations • New York-New York Vacations • Excalibur Vacations • Circus Circus Vacations

MGM MIRAGE Vacations

©1999-2007 Trisept Solutions Generated at 18:34 PM CST on 23JUN08 .
CST 2009218-20

Exhibit 5



# For Your Convenience, Book Flight and Hotel Together

**Conveniently book flight and hotel packages on one reservation and enhance your stay with show tickets, activities, round-trip airport/hotel transfers, a rental car or more.**

**FLIGHT+HOTEL**

Departure City:   New York - JFK (JFK)

Departure Date:   Oct ⌄  1 ⌄  2008    Wed

Return Date:      Oct ⌄  3 ⌄  2008    Fri

**Adults:**        **Children:**      **Promotion Code:**
1 ⌄              0 ⌄

**Quick Links**

Protect Your Travel Arrangements

**Multiple Rooms**
To book multiple rooms, please call the flight+hotel customer service number listed above.

**Booking Bonus**
- $25 Dining Credit
- $10 Free Play
- $5 Starbucks Credit
- Food Court Coupons
- Restrictions Apply

**Customer Care**
For your vacation needs, enjoy 24-hour customer assistance before, during and after your trip.

**Featured Packages**
Choose the package that best fits your needs.

- Alaska Airlines Packages
- American Airlines Packages
- Continental Airlines Packages
- Delta Air Lines Packages
- Frontier Airlines Packages
- Midwest Airlines Packages
- Northwest Airlines Packages
- Southwest Airlines Packages
- United Airlines Packages
- US Airways Packages

**International Credit Cards**
At this time we cannot accept international credit cards for flight+hotel packages. We apologize for any inconvenience this may cause.

Privacy Policy

Bellagio Vacations • MGM Grand Vacations • Mandalay Bay Vacations • The Mirage Vacations • Treasure Island Vacations
Monte Carlo Vacations • Luxor Vacations • New York-New York Vacations • Excalibur Vacations • Circus Circus Vacations

MGM MIRAGE Vacations

©1999-2007 Travel Solutions Generated at 18:58 PM CST on 26JUN08 .
CST 20082 18-00

Exhibit 6



1-800-547-6005
Flight + Hotel Customer Service

New Search   |   Flights   |   Vacation Extras   |   Rental Cars   |   Book Vacation

## Package Summary

You have now selected all items for your vacation, and you can change any aspect of your package below. Once your vacation is complete, use the **BOOK THIS VACATION** button on the bottom of the page.

**My Saved Vacations**
To view the vacations you have saved, please login.

If you are new to our site, please take a minute to register.

**Package Price Includes: Hotel and Air**                              $574.10
Vacation package from **New York -- JFK (JFK)** to **Las Vegas (LAS)**    $574.10 Per Person

### Hotel



**Monte Carlo**                                          Hotel Price: $ Included

Check In: **OCT 01 08**
Check Out: **OCT 03 08**
Room Type:  DLX Standard Deluxe

**Change Room Type**                                     **Price Per Stay**
⊕  DLX Standard Deluxe        | Room Information |       Current Selection

### Flights

|  | | Date | Leaves | Arrives |
|---|---|---|---|---|
| Delta **#619**  New York -- JFK (JFK) to Las Vegas (LAS) | | OCT 01 08 | 8:00 AM | 10:48 AM |
| Delta **#624**  Las Vegas (LAS) to New York -- JFK (JFK) | | OCT 03 08 | 2:50 PM | 10:50 PM |

Flight Price: $ Included

| CHANGE FLIGHT |

**Base Package Price - Hotel and Air  $574.10**

### Add Vacation Extras to Your Package

### Transfers, Travel Protection and More

**Cancellation Waiver - click for benefits**          | ☒ Remove |     Extras Price: $ 49.99
1 Adult at $49.99 each

| ADD EXTRAS |

### Rental Cars

| ADD CAR |

**Total Price Includes:**                    Base Package Price      $574.10
Round-trip flights, government air taxes and airport taxes,      Vacation Extras      $49.99
hotel accommodations, hotel taxes and 24 hour traveler

assistance. If selected, car rental (except state and local tax) and extras are included.

**Click here for more information on taxes and fees.**

| TOTAL PRICE | $624.09 |
| Avg. Price Per Person | $624.09 |

**PRINT**   **EMAIL**   **SAVE**

**BOOK THIS VACATION**

Privacy Policy

©1999-2008 Trisept Solutions Generated at 7:01PM CST on 23JUN08.
  CST 2009218-20

Exhibit 7



**1-800-547-6005**
Flight + Hotel Customer Service

PRINT

## Checkout
In just three easy steps, you'll have your vacation booked.

### Step #1 - Review Itinerary
Review your vacation itinerary. When your itinerary is final, scroll down the page to complete the next steps.

**Selected Hotel**
Monte Carlo  OCT 01 08 to OCT 03 08 Room Type:  DLX Standard Deluxe                     **$ Included**

**Selected Flight**
Departure - OCT 01 08
Delta #619  8:00 AM to 10:48 AM  New York -- JFK to Las Vegas          [CHANGE FLIGHT]     **$ Included**
Return - OCT 03 08
Delta #624  2:50 PM to 10:50 PM  Las Vegas to New York -- JFK

**Selected Extras**
Cancellation Waiver – click for benefits  1 Adult at $49.99 each      [CHANGE EXTRAS]     **+ $49.99**

[ADD EXTRAS]

**Rental Car**
Add a Rental Car to Your Vacation                                     [ADD CAR]

| Total Price Includes: | |
|---|---|
| Round-trip flights, government air taxes and airport taxes, hotel accommodations, hotel taxes and 24 hour traveler assistance. If selected, car rental (except state and local tax) and extras are included. | Base Package Price $574.10 |
| | Vacation Extras $49.99 |
| Click here for more information on taxes and fees. | TOTAL PRICE $624.09 |
| | Avg. Price Per Person $624.09 |

### Step #2 - Traveler Information
Your email confirmation will be sent to the email address provided. A phone number is required in the event that our customer care team needs to contact you.

* Indicated required fields.

**Traveler #1**

*First Name:           [_____]        **Adult**
                                                Note: Please enter your name exactly as it appears on your
*Last Name:            [_____]        Government Issued ID Card or Passport.

*Phone Number:         [_____]        Example: 555-555-5555

*Email Address:        [_____]        Your email address is needed for confirmation of reservation.

Password:              [_____]        If you are a first-time user, you must enter a password.

Re-Type Password:      [_____]

Frequent Flyer Number: [_____]

**Seat Preference**
Select the desired seat preference for the travelers above. Due to airline availability on each flight, seat assignments may not match your preference exactly or seats may not be assigned until airport check-in.

[Left ▾]  [Aisle ▾]  [Front ▾]

### Step #3 - Apply Payment
Full payment is required at booking. Select the number of payments, and enter the credit card and amount for each card being used.

Select Number
of Payments:           [1 ▾]

[VeriSign Secured]

Payment #1

| | |
|---|---|
| *Credit Card Type: | MasterCard ▼ |
| *Credit Card Number: | |
| *Security Code: | |
| *Expiration Date: | JUN ▼  2008 ▼ |
| *Amount: | 624.09 |

**Master Card**
**The security code is the last 3-digits printed on the back of your card.**

**Cardholder Name and Address:**

| | |
|---|---|
| *First Name: | |
| Middle Initial: | |
| *Last Name: | |
| *Address 1: | |
| Address 2: | |
| *City: | |
| *State Code: | |
| *Zip: | |
| *Country: | United States ▼ |

Please enter your name exactly as it appears on your credit card.

**Required for Booking:**    ☐ I read and agree with the <u>Terms & Conditions</u>

**BOOK THIS VACATION**

<u>Privacy Policy</u>

©1999-2008 Trisept Solutions Generated at 7:04PM CST on 23JUN08.
   CST 2009218-20

Exhibit 8

Thank you for choosing a MGM MIRAGE Vacations ("Operator") scheduled air or land only vacation. To ensure that you understand the conditions of your particular vacation, please read the following policies and procedures completely. A signed operator/participant contract is required for each charter air passenger with payment. All policies and procedures are subject to change at any time in MGM MIRAGE Vacations' sole discretion without notice.

**Payment**: The following guidelines apply regarding payment. No scheduled air bookings will be taken within 4 days of departure.

*** Full payment via credit card only is due at the time of booking ***

Specific travel dates may require a non-refundable or partially non-refundable deposit. Holiday packages or special event departures may require different payment policies from those stated above. All bookings made inside of 14 days will be assessed a $15 express service fee.

All terms and conditions, including dollar amount, are subject to change at any time without notice in MGM MIRAGE Vacations' sole discretion. The purchase price may be guaranteed against increases only when full payment is received in MGM MIRAGE Vacations' office. However, MGM MIRAGE Vacations reserves the right to reinvoice your reservation should an error be made in computing your package price. Rates are subject to change including, but not limited to, increases in or establishment of surcharges, applicable taxes, government imposed fees, and airfare and hotel prices.

PLEASE NOTE: MGM MIRAGE Vacations does not accept credit cards with international billing addresses.

**Cancellation Waiver**: Cancellation penalties will be charged by MGM MIRAGE Vacations, unless you purchase the MMV Cancellation Waiver. Clients who elect to purchase this optional feature may cancel their reservation at any time and for any reason prior to departure. Airline imposed nonrefundable fees are nonrefundable, even if the MMV Cancellation Waiver is purchased. All cancellations must be confirmed by MGM MIRAGE Vacations reservations department prior to departure. This waiver does not apply to "NO-SHOW" or "DENIED BOARDING" situations where clients do not check-in or are denied boarding, not will it waive revision fees.

NOTE: WHEN A CANCELLATION IS MADE ALL REFUNDS WILL BE GIVEN IN THE ORIGINAL FORM OF PAYMENT LESS THE PRICE OF THE WAIVER, NONREFUNDABLE SCHEDULED AIR TICKETS, AND SCHEDULED

AIRLINE CANCEL/RETICKETING FEES. NONREFUNDABLE SCHEDULED AIR TICKETS ARE NOT COVERED BY THIS WAIVER. HOWEVER, IF CANCELLATION IS RECEIVED A MINIMUM OF 3 DAYS PRIOR TO DEPARTURE DATE, THE VALUE OF REUSABLE AIR TICKETS MAY BE APPLIED TO A FUTURE MGM MIRAGE VACATIONS' SCHEDULED AIR BOOKING FOR THE COST OF THE AIRLINE RETICKETING FEE. BOOKINGS FOR FUTURE TRAVEL MUST BE MADE AT THE TIME OF CANCELLATION. INCREASES IN THE SCHEDULED AIR PRICE OF REBOOKED VACATIONS ARE THE RESPONSIBILITY OF THE TRAVELER. PUBLISHED FARES ON ALL CARRIERS AND ALL TICKETS ON CONTINENTAL AND AIRTRAN ARE ALWAYS NONREFUNDABLE.

If the number of individuals occupying a room decreases, the remaining travelers will be responsible for additional costs incurred as a result of a change in the per person occupancy rate (additional details and pricing available upon request).

## II. RESPONSIBILITIES

**Travel Agent Responsibilities:** The travel agent is responsible for providing information to you, examining and verifying all information, and ensuring that you understand all of the policies, fees and requirements to which you are subject. Any travel agent who makes a reservation on your behalf acknowledges this responsibility.

**Traveler Responsibilities:** You are responsible for verifying all information and ensuring that you understand all of the policies, fees and requirements to which you are subject to. You must check in at least 2 1/2 hours prior to the scheduled departure and report to the gate at least 30 minutes before departure time. Failure to comply with these conditions may result in the loss of your seat to a stand-by passenger. Your rights and remedies set forth herein are in addition to any other rights and remedies under applicable law, but if you agree to a refund, you waive all other remedies. Due to the fact that MGM MIRAGE Vacations sells leisure vacations, individuals attending a convention may not use this product for their hotel stay. If this vacation is used for any reason other than leisure travel, some hotels may directly assess an additional surcharge during holiday, convention or special event time periods. Unless you file any claim you may have with MGM MIRAGE Vacations within 30 days after the termination of this trip, MGM MIRAGE Vacations is released from further liability.

**MGM MIRAGE Vacations' Responsibilities:** MGM MIRAGE Vacations is responsible to you for making all arrangements for transportation, accommodations and services offered, provided that in the absence of negligence on the part of MGM MIRAGE Vacations, MGM MIRAGE Vacations' responsibility does not extend to any liability for personal injury or property damage arising out of or caused by any negligent act or omission on the part of any direct air carrier, optional tour operator, hotel or motel operator, ground transportation contractor or any person rendering any services being offered. In no event shall any party be liable for consequential damages. MGM MIRAGE Vacations reserves the right to substitute hotel/motel accommodations and to make alterations in the itinerary which do not constitute a major change, if

necessary, due to circumstances beyond the control of MGM MIRAGE Vacations. Special requests such as room location, special meals or assistance will be communicated to the appropriate party, but cannot be guaranteed by MGM MIRAGE Vacations. Additional bedding such as rollaways and cribs are not included are payable directly to the hotel. Specials may be withdrawn at any time. Rates are based on availability.

**Air Carriers' Responsibilities:** Air carriers shall not be liable for any loss, injury, accident, delay or irregularity which may occur by reason of defect or through the acts or omissions of any person or company performing or rendering the services described in vacation brochures and/or flyers. The services described in vacation brochures/flyers other than air carriage furnished by those air carriers directly named are furnished by independent contractors who are not servants, joint venturers or partners with the named air carriers.

## III. FLIGHT INFORMATION

Read your travel documentation carefully for arrival and departure instructions, including terminal information, check-in locations and flight times. Flight times are tentative and subject to change.

**Baggage Limitations and Claims:** Baggage limitations for scheduled air vary by carrier. Claims on checked baggage will be limited to the carrier liability of approximately $2,500 per person for domestic flights and approximately $400 for each piece of checked luggage for international flights unless you declare a higher value and pay any applicable charges. All claims for loss and damage to luggage must be handled by the air carrier at the airport in the form of a written report prior to exiting the airport. The airlines do not accept responsibility for soft-sided luggage. Carry on baggage may be limited, please check with airline.

## IV. CANCELLATION/REFUNDS

If your plans change, your right to a refund is limited. All reservations canceled 46 or more days prior to departure date will incur a minimum $50 per person administrative fee. If you must cancel your reservation, make any changes to departure date, or reduce the number in the party, you will be assessed the following penalties, plus any applicable airlines or supplier charges. Most air carriers consider a name change to be a

cancellation; to avoid penalties, full and complete names are required at time of booking. In order to receive a refund, if applicable, on a scheduled air cancellation, you must return your air ticket to MGM MIRAGE Vacations. Please note that there are no refunds for cancellations made 7 days or less prior to departure for air-inclusive vacations or less than 48 hours prior to departure for land only vacations. Separate cancellation penalties may apply to holiday or special event departures in addition to nonrefundable deposits. Nonrefundable travel agent fees may be included in your package price. Please consult your travel agent.

A written refund request (subject to the penalties herein) must be submitted to MGM MIRAGE Vacations no later than 90 days after the scheduled departure date or any payments and deposits shall be forfeited.

**MGM MIRAGE Vacations Penalties**

All MGM MIRAGE Vacations penalties will be in addition to any supplier penalties (including scheduled airline and hotel penalties) and are subject to change any time.

**Scheduled Air Vacations:**

**Cancellation Penalty per Person***

| Days prior to Day of Departure | Domestic |
|---|---|
| 46 or more days | $50 |
| 45-31 days | $100 |
| 30-08 days | $200 |

***Scheduled Air penalties are subject to change at any time.**

**Additional applicable hotel penalties may apply.**

## Scheduled Airline Penalties

Scheduled airline penalties are in addition to the MGM MIRAGE Vacations penalties detailed above and hotel penalties, and are subject to change at any time.   Penalties apply upon receipt of payment.

| Airline(s) | Per Person Penalty | |
|---|---|---|
| American Trans Air: | $75 | |
| Alaska Airlines: | $100 outside of 14 days | |
| | Nonrefundable within 14 | days of |
| | departure | |
| AirTran, Continental Airlines, Frontier Airlines, Spirit Airlines, Northwest Airlines: | Nonrefundable | |
| Air Jamaica, Midwest Airlines, United Airlines, American Airlines: | $100 | |
| Delta Air Lines: | $100 Domestic travel | |
| US Airways: | $125 Domestic travel | |

## ALL PUBLISHED SCHEDULED AIR TICKETS ARE 100% NONREFUNDABLE.

HOWEVER, REUSABLE TICKETS MAY BE APPLIED TOWARDS FUTURE TRAVEL, SUBJECT TO THE APPLICABLE AIRLINE RETICKETING FEE AND APPLICABLE MGM MIRAGE VACATIONS REVISION FEE.

For Bulk and Scheduled Air passengers who wish to cancel within the penalty periods, substitutions are not allowed and your right to a refund will be limited. MGM MIRAGE Vacations and hotel suppliers must be informed of the names of replacement passengers prior to departure but reserves the right to deny any revision or replacement. You must confirm your right to all refunds by sending a written request to MGM MIRAGE Vacations at the time of telephone cancellation or revision. No refunds will be made for missed or unused flights or most features. Your right to a refund of unused portions of your car rental is limited and based on individual car company policy. If you accept a refund, you waive all other rights and remedies under applicable law. For customer service issues, please consult your travel agent or MGM MIRAGE Vacations at 1-800-360-7111

## V. OPERATOR CANCELLATIONS/MAJOR CHANGES

**Major Changes:** A major change means any of the following: a change in the departure or return date which MGM MIRAGE Vacations knows more than 2 days before the scheduled flight date; any charter flight delay of more than 48 hours; a change in the origin or destination city; a substitution of any hotel that is not named in this contract; or a price increase occurring 10 or more days prior to departure and resulting in an aggregate price increase of more than 10%.

**Notice:** Notice of any cancellation or major change will be given to you within 7 days after MGM MIRAGE Vacations knows of such a change, but in any event, at least 10 days prior to departure. If MGM MIRAGE Vacations first knows of a major change within 10 days of departure, you or your travel agent will be notified as soon as possible.

**Refund for Major Change:** Upon notification of a major change, you will have the option to cancel without penalty within the 7 days following receipt of notification, but in no event later than departure and full refund will be made to you within 14 days after cancellation. If notification of a major change is received after departure, you may reject the major change and will receive a refund of the portion of your payment allocated to the rejected services within 14 days after the return date named.

## VII. OTHER

**Itinerary:** Your vacation as set forth in MGM MIRAGE Vacations' flyers and brochures includes the following which form this contract: effective dates; origin and destination; price of each vacation; a listing of the hotels, length of stay at each and other ground accommodations and services.

**Applicable Law:** It is agreed by and between you and the Operator that all disputes and matters whatsoever arising under or in connection with or incident to these policies and procedures shall be litigated, if at all, in and before a court located in the State of Wisconsin, U.S.A., to the exclusion of the courts of any other state or country.

**Photographs:** Room photographs shown are for informational purposes only and may not depict the actual category purchased.

**Maps:** The maps on this site represent approximate locations and attractions and are not meant to be exact in every detail.

☐  I agree with the Terms & Conditions

CLOSE WINDOW

Privacy Policy

©1999-2008 Trisept Solutions Generated at 7:10PM CST on 23JUN08.
CST 2009218-20

Exhibit 9



**1-800-547-6005**
Flight + Hotel Customer Service

PRINT

## Checkout
In just three easy steps, you'll have your vacation booked.

### Step #1 - Review Itinerary
Review your vacation itinerary. When your itinerary is final, scroll down the page to complete the next steps.

| | |
|---|---|
| **Selected Hotel**<br>Monte Carlo  **OCT 01 08** to **OCT 03 08**  Room Type:  DLX Standard Deluxe | **$ Included** |

**Selected Flight**
**Departure - OCT 01 08**
Delta #619  **8:00 AM** to **10:48 AM**  New York -- JFK to Las Vegas      CHANGE FLIGHT      **$ Included**
**Return - OCT 03 08**
Delta #624  **2:50 PM** to **10:50 PM**  Las Vegas to New York -- JFK

**Selected Extras**
Cancellation Waiver - click for benefits  1 Adult at $49.99 each      CHANGE EXTRAS      **+ $49.99**

ADD EXTRAS

**Rental Car**
Add a Rental Car to Your Vacation      ADD CAR

| **Total Price Includes:** | | |
|---|---|---|
| Round-trip flights, government air taxes and airport taxes, hotel accommodations, hotel taxes and 24 hour traveler assistance. If selected, car rental (except state and local tax) and extras are included. | Base Package Price | $574.10 |
| | Vacation Extras | $49.99 |
| Click here for more information on taxes and fees. | TOTAL PRICE | $624.09 |
| | Avg. Price Per Person | $624.09 |

### Step #2 - Traveler Information
Your email confirmation will be sent to the email address provided. A phone number is required in the event that our customer care team needs to contact you.

* Indicated required fields.

**Traveler #1**

*First Name:    Nicole

*Last Name:    Patterson

*Phone Number: |

*Email Address:         @gmail.

Password:

Re-Type Password:

Frequent Flyer Number:

**Adult**
Note: Please enter your name exactly as it appears on your Government Issued ID Card or Passport.

Example: 555-555-5555

Your email address is needed for confirmation of reservation.

If you are a first-time user, you must enter a password.

**Seat Preference**
Select the desired seat preference for the travelers above. Due to airline availability on each flight, seat assignments may not match your preference exactly or seats may not be assigned until airport check-in.

Left    Aisle    Front

### Step #3 - Apply Payment
Full payment is required at booking. Select the number of payments, and enter the credit card and amount for each card being used.

Select Number
of Payments:    1

VeriSign
Secured

Payment #1

*Credit Card Type:          Visa

*Credit Card Number:

*Security Code:

*Expiration Date:

*Amount:                    624.09

**Cardholder Name and Address:**

*First Name:                Nicole

Middle Initial:             R

*Last Name:                 Patterson

*Address 1:

 Address 2:

*City:                      Staten Island

*State Code:                NY

*Zip:                       10301

*Country:                   United States

Please enter your name exactly as it appears on your credit card.

Visa
**The security code is the last 3-digits printed on the back of your card.**

**Required for Booking:**    ☑ I read and agree with the Terms & Conditions

**BOOK THIS VACATION**

Privacy Policy

©1999-2008 Trisept Solutions Generated at 7:04PM CST on 23JUN08.
  CST 2009218-20

Exhibit 10



**1-800-547-6005**
Flight + Hotel Customer Service

PRINT

**Thank you for booking with us.**
**Your reservation number is ROEA00E5**

**Selected Hotel**
Monte Carlo  **OCT 01 08** to **OCT 03 08** Room Type:  DLX Standard Deluxe          **$ Included**

**Selected Flight**
**Departure - OCT 01 08**
Delta #619   **8:00 AM** to **10:48 AM**  New York -- JFK to Las Vegas
Seat Assignments: 44C                                                      **$ Included**
**Return - OCT 03 08**
Delta #624   **2:50 PM** to **10:50 PM**  Las Vegas to New York -- JFK
Seat Assignments: 43C

**Selected Extras**
Cancellation Waiver - click for benefits  1 Adult at $49.99 each          **+ $49.99**

| Total Price Includes: | | |
|---|---|---|
| Round-trip flights, government air taxes and airport taxes, hotel accommodations, hotel taxes and 24 hour traveler assistance. If selected, car rental (except state and local tax) and extras are included. | Base Package Price | $574.10 |
| | Vacation Extras | $49.99 |
| Click here for more information on taxes and fees. | TOTAL PRICE | $624.09 |
| | Avg. Price Per Person | $624.09 |

Cancel Reservation

* Indicated required fields.
**Traveler #1**

*First Name:          NICOLE
*Last Name:          PATTERSON
*Phone Number:
*Email Address:                    @gmail.com
Frequent Flyer Number: [_____]

**Adult**
Note: Please enter your name exactly as it appears on your Government Issued ID Card or Passport.
Example: 555-555-5555
Your email address is needed for confirmation of reservation.

Privacy Policy

©1999-2008 Trisept Solutions Generated at 7:15PM CST on 23JUN08.
 CST 2009218-20

Exhibit 11



Nicole Patterson <                    @gmail.com>

# Travel Confirmation
1 message

| customerservice@mgmmiragevacations.com | Mon, Jun 23, 2008 at 8:15 |
|---|---|
| <customerservice@mgmmiragevacations.com> | PM |
| To:                @gmail.com | |

Nicole Patterson

Staten Island, NY 10301

Dear NICOLE PATTERSON,
Thank you for taking the time to book this vacation. This email is to notify you of the items you booked.

Reservation Number: R0EA00E5
Passenger:
NICOLE PATTERSON

Hotel
Monte Carlo
Check-in: Oct 01 08 Check-out: Oct 03 08
Room Type: DLX Standard Deluxe

Hotel Price: $ Included

Flights
Delta(DL) 619
New York -- JFK (JFK) to Las Vegas (LAS)
Depart: Oct 01 08 8:00 AM Arrive: Oct 01 08 10:48 AM
Seat Assignments: 44C
Delta(DL) 624
Las Vegas (LAS) to New York -- JFK (JFK)
Depart: Oct 03 08 2:50 PM Arrive: Oct 03 08 10:50 PM
Seat Assignments: 43C
Flight Price: $ Included

Transfers, Travel Protection and More
Cancellation Waiver - click for benefits
Oct 01 08
 1 Adult
Extras Price: $ 49.99

Base Package Price: $574.10
Vacation Extras: $49.99
TOTAL PRICE:  $624.09
Avg. Price Per Person:  $624.09

Exhibit 12



Nicole Patterson <                    @gmail.com>

---

## E-Travel Document for R0EA00E5/Nicole Patterson
1 message

---

**MGM Mirage Vacations <etraveldocument@mgmmiragevacations.com>**     Mon, Jun 23, 2008 at
                                                                                                                                      9:28 PM
To:                    @gmail.com



# E-Travel Document

IMPORTANT: If your email address changes please notify your travel agent. All schedule changes will be sent to the email address supplied at the time of payment.

This notice is your vacation itinerary which contains information to be used when traveling. Please review the contents of this document carefully. For your convenience, please PRINT a copy to take with you during your trip. You have acknowledged and agreed to our Bill of Rights online or as explained by your travel agent.

For any services prior to your trip please contact your travel agent. During travel please contact MGM MIRAGE Vacations 24 hour travel assistance center at 1-800-343-1162.

<u>Click Here</u> for additional Las Vegas destination and current weather information.

THANK YOU FOR YOUR BOOKING                          PLEASE BOOK WITH US AGAIN

**Reservation Number:**  R0EA00E5                          **Nicole Patterson**
**Reservation Date:**     June 24, 2008
**Departure Date:**       October 1, 2008                    **Staten Island, NY 10301**
**Vacation Payment:**     $ 624.09
**Travelers:**            Nicole Patterson, AD

---

### AIR INFORMATION

Note: Please watch your email for any flight time changes that may occur prior to your trip. Notification of airline schedule changes affecting flight times will be sent via email to the address given. Specific seat requests can be made by calling the airline directly. On the day of travel, please call the airline directly to reconfirm flight times. Recommended airport check in will begin 2 hours prior to your flight. You must arrive at the check in location at least 1 hour prior to your flight.

Delta Air Lines              Depart: Wednesday 1 October, 2008 New York-Kennedy at 8:00AM
Flight: 619                  Arrive: Wednesday 1 October, 2008 Las Vegas at 10:48AM
Class: T                     Seats: 44C
Economy/Coach Class
Number of Stops: 0

Delta Air Lines
Flight: 624
Class: T
Economy/Coach Class
Number of Stops: 0

Depart: Friday 3 October, 2008 Las Vegas at 2:50PM
Arrive: Friday 3 October, 2008 New York-Kennedy at 10:50PM
Seats: 43C

## HOTEL INFORMATION

Hotel taxes are included in your vacation. Credit card or cash may be required upon check-in for phone or incidental charges by the hotel directly.

**Monte Carlo DLX Standard Deluxe**
Single Room

Check in: October 1, 2008
Check out: October 3, 2008
Confirmed for 2 Nights

3770 Las Vegas Boulevard - South
Las Vegas, NV 89109
Phone: 702-730-7777

Thank you for choosing Monte Carlo for your hotel stay in Las Vegas. Hotel taxes are included in your package. Credit card or cash deposit may be required upon check-in for phone or incidental charges. You must be at least 21 years old to check into your hotel.

## TRAVEL & DESTINATION INFORMATION

For information, assistance, or any additional services during your stay, please contact the 24 hour traveler assistance center at 800-343-1162.

## ADDITIONAL ITEMS

You have purchased the optional non-refundable MGM MIRAGE Vacations Cancel Waiver. You may cancel your trip at any time, prior to departure. Airline imposed non-refundable fees are non- refundable, even when the MGM MIRAGE Vacations Cancel Waiver is purchased. All cancellations must be confirmed by MGM MIRAGE Vacations by calling 1-800-360-7111. This waiver does not cover No Show situations where clients do not check-in or deny boarding situations. When a cancellation is made, all refunds will be given in the original form of payment less the price of the waiver, less non-refundable scheduled air tickets and less scheduled airline cancel/re-ticketing fees. Non-refundable scheduled air tickets are not covered by this waiver.

IMPORTANT NOTICE: THE MARK TRAVEL CORPORATION, ITS EMPLOYEES, OFFICERS, DIRECTORS AND SHAREHOLDERS (COLLECTIVELY, "MGM MIRAGE VACATIONS") DOES NOT OWN, CONTROL OR OPERATE ANY HOTEL OR ANY AIR, LAND OR WATER TRANSPORTATION VEHICLES OR COMPANIES OF ANY KIND, INCLUDING WITHOUT LIMITATION, AIRPLANES, HELICOPTERS, BOATS, RENTAL CARS, GROUND TRANSPORTATION VEHICLES, TRANSPORT COMPANIES, SHUTTLE SERVICES, BUSES OR LOCAL TOUR COMPANIES WHICH MAY OFFER EXCURSIONS OR TOURS. MGM MIRAGE VACATIONS OCCASIONALLY ENTERS INTO CONTRACTS WITH HOTELS AND AIR, LAND OR WATER TRANSPORTATION COMPANIES, BUT ALL SUCH ENTITIES ARE OWNED AND OPERATED BY INDEPENDENT CONTRACTORS.

MGM MIRAGE VACATIONS IS NOT RESPONSIBLE FOR ANY NEGLIGENT OR WILLFUL ACT, OMISSION, OR FAILURE TO ACT ON THE PART OF ANY SUCH ENTITY OR ITS EMPLOYEES, OR OF ANY OTHER THIRD PARTY BEYOND ITS CONTROL. THE MGM MIRAGE VACATIONS NAME AND LOGO MAY APPEAR ON POSTED OR HAND-HELD SIGNS AT YOUR HOTEL, AT THE AIRPORT OF YOUR DEPARTURE OR DESTINATION, IN VANS, BUSES, COACHES OR ELSEWHERE DURING YOUR VACATION. THIS USE OF THE MGM MIRAGE VACATIONS NAME AND LOGO IS SOLELY INTENDED TO HELP YOU IDENTIFY PERSONS OR ENTITIES WHO MIGHT PROVIDE SERVICES TO YOU DURING YOUR TRIP, BUT DOES NOT INDICATE, AND SHOULD NOT BE UNDERSTOOD BY YOU TO INDICATE THAT MGM MIRAGE VACATIONS OWNS, CONTROLS, OR OPERATES ANY ENTITY DISPLAYING SUCH A SIGN, OR THAT MGM MIRAGE VACATIONS

EMPLOYS OR CONTROLS ANY PERSON HOLDING OR DISPLAYING SUCH A SIGN.



Exhibit 13





**Guestbook**

Step 1 of 4                                            End Session [X]

**Sign up to receive exclusive offers and promotions!**

Don't miss another one. Be one of the first to hear about special Internet room rates, promotions, contests and special events by creating a Monte Carlo Guestbook Account! Your Guestbook Account lets us know how you'd like to be contacted and what promotions you're most interested in. You may change your preferences at any time.

Click here if you already have a preferences account.

Please provide the following information:

| | |
|---|---|
| Email:* | ...@gmail.com |
| First Name:* | |
| Last Name:* | |
| Address:* | |
| City:* | |
| State:* (US/Canadian Residents Only) | |
| Zip/Postal Code:* | |
| Country:* | UNITED STATES |
| Phone Number: | |
| Mobile Number: | |
| Date of Birth:* | |

You must be 21 to sign our guestbook.

Fields marked with an * are required.

CLEAR                                            NEXT

You may update your personal information but information cannot be deleted. Please contact MemberServices@mgmmirage.com if any of your personal information becomes invalid.

MGM MIRAGE is committed to protecting your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 14





## Guestbook

Step 1 of 4                                                     End Session [X]

### Sign up to receive exclusive offers and promotions!

Don't miss another one. Be one of the first to hear about special Internet room rates, promotions, contests and special events by creating a Monte Carlo Guestbook Account! Your Guestbook Account lets us know how you'd like to be contacted and what promotions you're most interested in. You may change your preferences at any time.

Click here if you already have a preferences account.

Please provide the following information:

| | |
|---|---|
| **Email:**\* | |
| **First Name:**\* | Nicole |
| **Last Name:**\* | Patterson |
| **Address:**\* | |
| **City:**\* | Staten Island |
| **State:**\* (US/Canadian Residents Only) | New York |
| **Zip/Postal Code:**\* | 10301 |
| **Country:**\* | UNITED STATES |
| **Phone Number:** | |
| **Mobile Number:** | |
| **Date of Birth:**\* | |

You must be 21 to sign our guestbook.

Fields marked with an * are required.

CLEAR                                                         NEXT

You may update your personal information but information cannot be deleted. Please contact MemberServices@mgmmirage.com if any of your personal information becomes invalid.

MGM MIRAGE is committed to protecting your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 15





**Guestbook**

Step 2 of 4                                                    End Session [X]

**MGM MIRAGE resorts and casinos**

Select the preferred resorts and casinos you would like to hear from.
Check all

---

**Las Vegas, NV** Check all

| ☑ Monte Carlo | ☐ Bellagio |
| ☐ Mandalay Bay | ☐ MGM Grand Las Vegas |
| ☐ The Mirage | ☐ Treasure Island |
| ☐ New York-New York | ☐ Luxor |
| ☐ Excalibur | ☐ Circus Circus Las Vegas |
| ☐ The Signature at MGM Grand | ☐ THEhotel |

---

**Reno, NV**

☐ Circus Circus Reno

---

**Jean, NV**

☐ Stop At Jean (Gold Strike)

---

**Tunica, MS**

☐ Gold Strike Tunica

---

**Detroit, MI**

☐ MGM Grand Detroit

---

**Biloxi, MS**

☐ Beau Rivage

---

[ BACK ]                                                    [ NEXT ]

MGM MIRAGE is committed to protecting
your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 16





**Guestbook**

Step 2 of 4                                                    End Session [X]

**MGM MIRAGE resorts and casinos**

Select the preferred resorts and casinos you would like to hear from.
Check all

---

**Las Vegas, NV**  Check all

| | |
|---|---|
| ☑ Monte Carlo | ☐ Bellagio |
| ☐ Mandalay Bay | ☐ MGM Grand Las Vegas |
| ☑ The Mirage | ☐ Treasure Island |
| ☐ New York-New York | ☐ Luxor |
| ☐ Excalibur | ☐ Circus Circus Las Vegas |
| ☐ The Signature at MGM Grand | ☐ THEhotel |

---

**Reno, NV**

☐ Circus Circus Reno

---

**Jean, NV**

☐ Stop At Jean (Gold Strike)

---

**Tunica, MS**

☐ Gold Strike Tunica

---

**Detroit, MI**

☐ MGM Grand Detroit

---

**Biloxi, MS**

☐ Beau Rivage

---

[ BACK ]                                                      [ NEXT ]

MGM MIRAGE is committed to protecting
your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 17





**Guestbook**

Step 3 of 4                                                    End Session [X]

**Your Communication Preferences.**

How would you prefer to hear from us in addition to email? Check all

---

☑ Mail                            ☐ Text Message
☑ Phone

☐ * Optional Do Not Call Override: I want my Slot or Casino Host to contact me via phone (718-273-0995) even though my number may be on a do not call list. I understand I may update this preference at any time.

---

[ BACK ]                                          [ NEXT ]

MGM MIRAGE is committed to protecting your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 18





**Guestbook**

Step 4 of 4                                                          <u>End Session</u> [X]

**Our Partners**

From time to time, you may have the opportunity to receive offers from partners we think you may enjoy, such as special promotions from airlines or offers for upcoming shows or concerts.

---

⦿ Yes, I would like to receive special offers from partners.
○ No, I do not want to receive special offers from partners.

[ BACK ]                                                            [ NEXT ]

MGM MIRAGE is committed to protecting your online privacy.
Click here to review our Privacy Policy.
<u>Click here</u> for Terms of Use.
Copyright © 2008 MGM <u>MIRAGE</u>. All rights reserved.

Exhibit 19





**Guestbook**

End Session [X]

**Thank You!**

To ensure the security of your information, an email has been sent to
@gmail.com with a link to activate your Guestbook Account.

MGM MIRAGE is committed to protecting
your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 20



Nicole Patterson <                    \@gmail.com>

# Thank you for signing the Monte Carlo Guestbook
1 message

**Monte Carlo Las Vegas <MonteCarlo@montecarlo.mgg01.net>**      **Mon, Jun 23, 2008 at 8:39 PM**
To:                    .@gmail.com



**Welcome back...**

Thank you for creating a Guestbook Account at MonteCarlo.com. Before receiving your special offers you must first activate your account.

Click here to activate your account.

If you have received this email in error, please ignore this message.

Monte Carlo Resort & Casino
3770 Las Vegas Boulevard South
Las Vegas, NV 89109

Copyright© 2006 MGM MIRAGE. All rights reserved. Privacy Policy

Exhibit 21





**Guestbook**

**Confirm Your Preferences**

Thank you, Nicole, for creating your MGM MIRAGE Guestbook Account.
You will start receiving special offers and promotions immediately from
your preferred Resorts and Casinos. Use the links below to review your
preferences or update your account.

---

Update Your Information
Update Your Preferences

MGM MIRAGE is committed to protecting
your online privacy.
Click here to review our Privacy Policy.
Click here for Terms of Use.
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 22



Casino     Las Vegas Casino



**Table Games**

Step up to the table with our exciting table games including Blackjack, Craps, Roulette, Caribbean Stud, Let it Ride®, Crazy 4 Poker, Texas Hold 'em, Pai Gow Poker, Big Six, Three-Card Poker, Baccarat and more.

Table Games Tour »

Exhibit 23

MONTECARLO.COM PRINTER-FRIENDLY CONTENT



| | Monte Carlo Resort & Casino<br>3770 Las Vegas Blvd. South<br>Las Vegas, NV 89109<br>Reservations: 888-529-4828<br>General Info: 702-730-7777 |

## Las Vegas Casino

Whether you're taking a spin on a slot machine, doubling down at the blackjack table or going all in at the Poker Room, you'll always find your best bet in our casino.



**Table Games**

Step up to the table with our exciting table games including Blackjack, Craps, Roulette, Caribbean Stud, Let it Ride®, Crazy 4 Poker, Texas Hold 'em, Pai Gow Poker, Big Six, Three-Card Poker, Baccarat and more.

Table Games Tour »



**Slots**

With over 1,600 slot and video poker machines ranging from 1¢ to $100, there are countless ways to hit it big at this Las Vegas Casino.

Slots Tour »



**Poker Room**

Whether you're a beginner or a pro, you can find the perfect hand at our comfortable and exciting Poker Room. Plus, you can bluff your way to the top in our thrilling poker tournaments.

Poker Room Tour »



**Race & Sports Book**

Monte Carlo's Race and Sports Book offers a high-energy environment, where you can catch all the exhilarating action of horse racing, pro, and college sports.

Race & Sports Book Tour »



**Players Club**

Get the most of your gaming experience by joining Monte Carlo's Players Club and receive rewards based on your slot and table play.

Players Club Tour »

**Meet our Casino Hosts**

Monte Carlo's Casino Hosts get personal with your gaming experience. AAA Four Diamond award hospitality and special attention distinguishes us above the others.

Meet our Casino Hosts Tour »





**Gaming Event Schedule**

We offer an exciting variety of tournaments and events for our Players Club Members. From poker tournaments to slot tournaments, we provide friendly casino hosts, fabulous prizes and excitement only Monte Carlo can offer.

Gaming Event Schedule Tour »



**Holiday Gift Shoppe**

Playing and shopping have never been so much fun. At our Holiday Gift Shoppe, Players Club members unwrap the benefits of membership by redeeming their points for fabulous gifts.

Holiday Gift Shoppe Tour »



**Casino Credit**

Marker Signing Privileges and more.

Casino Credit Tour »



**Request A Tax Info Statment**

As a Players Club Member, you may submit a Tax Information Request Form to receive your Tax Information Statement.

Request A Tax Info Statement Tour »



**Responsible Gaming**

Monte Carlo is committed to responsible gaming. Click here to read on about Responsible Gaming.

Responsible Gaming Information »

MGM MIRAGE
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 24



Casino                Players Club

Table Games           Players Club members receive an exclusive Players Club card to use at slots and table games
Slots                 players at each of our MGM MIRAGE casinos. Earn comps across all five of our MGM MIRAGE resorts and
Hotel Room            casino wide.
Race & Sports Book
Players Club          • Complimentary or reduced rooms
Gaming Event Schedule • Free shows and dining
Holiday Slot Bonus    • Exclusive members-only events and promotions
Method Casino Hosts   • Special invitations to giveaways, tournaments and tournaments
Casino Credit
Request Casino        Your Players Club credits are combined into a single account making it easy to accumulate
Responsible Gaming    when and where you use wherever you go.

                      Sign up for more information

                      Take advantage and sign up today!

                      [ PLAYERS CLUB ]

                      For Players Club questions please email: playersclub@montecarlo.com

                      Sign Up Now

Make your email address to receive special offers.  ☒ Yes! email

Copyright ©2005 MGM MIRAGE.  All rights reserved. Terms of Use | Privacy Policy 800.311.8999 | Contact Us
Direct Advertising | Privacy | FAQ | Players Room | Employment Opportunities | Press Kit | Become An Affiliate | We Hire Ex
Be a part of our Choosing | Contact | Information | Special Sales | Executive Events
Made for the MGM Grand Hotel in New York New York | Mirage | Las Vegas Hotel and

Exhibit 25

MONTECARLO.COM PRINTER-FRIENDLY CONTENT



| | Monte Carlo Resort & Casino |
|---|---|
| | 3770 Las Vegas Blvd. South |
| | Las Vegas, NV 89109 |
| | Reservations: 888-529-4828 |
| | General Info: 702-730-7777 |

**Players Club**

Play anywhere and redeem everywhere! Earn Players Club rewards based on your slot and table games play at any Players Club casino to qualify for benefits and rewards at twelve MGM MIRAGE resorts and casinos such as:

- Complimentary or reduced rooms
- Free shows and dining
- Exclusive members-only events and promotions
- Special invitations to giveaways, tournaments, and concerts

Your Players Club rewards are combined into a single account making it easy to stay, play and win wherever you like, whenever you like. *

*See program rules for more information.

**Take advantage and sign up today!**

PLAYERS CLUB

For Players Club questions please email: calmazan@montecarlo.com

**MGM◉MIRAGE**
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 26



# IMAGINE THE POSSIBILITIES.



**Play anywhere and redeem everywhere!** Earn Players Club rewards based on your slot and table games play at any Players Club casino to qualify for benefits and rewards at twelve MGM MIRAGE resorts and casinos such as:

- Complimentary or reduced rooms
- Free shows and dining
- Exclusive members-only events and promotions
- Special invitations to giveaways, tournaments, and concerts

Your Players Club rewards are combined into a single account making it easy to stay, play and win wherever you like, whenever you like. *

**Member Login**

Players Club Number:

Password:

**LOG IN**

**Forgot Your Password?**    **Need Your Account Number?**

**ALREADY A PLAYERS CLUB MEMBER? CLICK HERE TO CREATE YOUR PASSWORD**

**JOIN NOW!**

**FREQUENTLY ASKED QUESTIONS**





Play your favorite slots and earn FREE Gift Points!



**POINTPlay** gives you more of what you like best, FREE PLAY® for your slot play.

*See program rules for more information.

## Plan Your Trip

### Room Reservations:

| Date | | | Nights | Resort | |
|------|--|--|--------|--------|--|
| June | 23 | 2008 | 1 | Bellagio | GO! |

» Dining Reservations

» Show Reservations

## MGM MIRAGE Member Resorts
















Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 27



# NEW MEMBER ENROLLMENT

**New Member Enrollment**

POINTPlay®

Holiday Gift Shoppe

► New Member Enrollment

Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

Welcome to playersclub.com! You will receive an email with directions to activate your online account after you finish the enrollment process.

Click here to login if you already have a Players Club account at any MGM MIRAGE Players Club resort.

You will need the account number on the front of your Players Club card to login. Click here to request your account number if it is not available.

*Required fields*
*‡ playersclub.com welcomes new members 21 years of age and older*

**Member Information:**

* Title: [          ▼]

* First Name: [                    ]

Middle Name: [                    ]

* Last Name: [                    ]

* ‡ Birthday: [    ▼] / [    ▼] / [    ▼]

Anniversary: [    ▼] / [    ▼] / [    ▼]

## Member Contact Information:

* Address Line 1: [                    ]

Address Line 2: [                    ]

* Zip/Postal Code: [          ]

City: [                    ]

State/Province: [          ]

* Country: [United States          ▼]

* Phone Number: [                    ]

* Email: [                    ]

* Confirm Email: [                    ]

Email Preference: ● Text   ○ HTML

**Playersclub.com Account Information:**

* Password: [                    ]

* Retype Password: [                    ]

* Secret Question: Mother's maiden name?
* Secret Answer:

[ Cancel ]     [ Clear ]     [ Submit ]

**MGM MIRAGE Member Resorts**
















Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 28



# NEW MEMBER ENROLLMENT

**New Member Enrollment**

POINTPlay®

Holiday Gift Shoppe

► New Member Enrollment

Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

Welcome to playersclub.com! You will receive an email with directions to activate
your online account after you finish the enrollment process.

Click here to login if you already have a Players Club account at any
MGM MIRAGE Players Club resort.

You will need the account number on the front of your Players Club card to login.
Click here to request your account number if it is not available.

* Required fields
‡ playersclub.com welcomes new members 21 years of age and older

**Member Information:**

* Title: | Ms.

* First Name: | Nicole

Middle Name: | R

* Last Name: | Patterson

* ‡ Birthday: | / / 

Anniversary: | / / 

**Member Contact Information:**

* Address Line 1:

Address Line 2:

* Zip/Postal Code: | 10301

City: | Staten Island

State/Province: | NY

* Country: | United States

* Phone Number:

* Email: | @gmail.com

* Confirm Email: | @gmail.com

Email Preference: ● Text ○ HTML

**Playersclub.com Account Information:**

* Password:

* Retype Password:

* Secret Question: Mother's maiden name? ▾

* Secret Answer: 

| Cancel | | Clear | | Submit |

**MGM MIRAGE Member Resorts**

   

   

   

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 29

**MGM●MIRAGE**
**PLAYERS CLUB**

Players Club Home

# NEW MEMBER ENROLLMENT

**New Member Enrollment**

*POINTPlay®*

Holiday Gift Shoppe

► New Member Enrollment

Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

Welcome to playersclub.com! You will receive an email with directions to activate your online account after you finish the enrollment process.

Click here to login if you already have a Players Club account at any MGM MIRAGE Players Club resort.

You will need the account number on the front of your Players Club card to login. Click here to request your account number if it is not available.

*\* Required fields*
*‡ playersclub.com welcomes new members 21 years of age and older*

**Verify information in the highlighted boxes below, and then click the submit button at the bottom of the screen.
You can also click *Use this address* to continue.**

**Member Information:**

| | |
|---|---|
| \* Title: | Ms. |
| \* First Name: | Nicole |
| Middle Name: | R |
| \* Last Name: | Patterson |
| \* ‡ Birthday: | ___ / ___ / ___ |
| Anniversary: | ___ / ___ / ___ |

**Member Contact Information:**

| | |
|---|---|
| \* Address Line 1: | |
| Address Line 2: | |
| \* Zip/Postal Code: | 10301 |
| City: | Staten Island |
| State/Province: | NY |
| \* Country: | United States |
| \* Phone Number: | |
| \* Email: | @gmail.com |
| \* Confirm Email: | @gmail.com |
| Email Preference: | ● Text    ○ HTML |

**Playersclub.com Account Information:**

| | |
|---|---|
| \* Password: | |

| * Retype Password: | |
| * Secret Question: | Mother's maiden name? ▾ |
| * Secret Answer: | |

[ Cancel ]    [ Clear ]    [ Submit ]

**MGM MIRAGE Member Resorts**
















Copyright © 2008 MGM MIRAGE All rights reserved

Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 30



# NEW MEMBER ENROLLMENT

**New Member Enrollment**

*POINTPlay®*

Holiday Gift Shoppe

► New Member Enrollment

Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

Welcome to playersclub.com! You will receive an email with directions to activate your online account after you finish the enrollment process.

Click here to login if you already have a Players Club account at any MGM MIRAGE Players Club resort.

You will need the account number on the front of your Players Club card to login. Click here to request your account number if it is not available.

*\* Required fields*
*‡ playersclub.com welcomes new members 21 years of age and older*

Player information you provided is already registered in our database
Please contact Players Club for assistance

**Member Information:**

* Title: `Ms.`

* First Name: `Nicole`

Middle Name: `R`

* Last Name: `Patterson`

* ‡ Birthday: `⬚` / `⬚` / `⬚`

Anniversary: `⬚` / `⬚` / `⬚`

## Member Contact Information:

* Address Line 1: `⬚`

Address Line 2: `⬚`

* Zip/Postal Code: `10301`

City: `Staten Island`

State/Province: `NY`

* Country: `United States`

* Phone Number: `⬚`

* Email: `⬚@gmail.com`

* Confirm Email: `⬚i@gmail.com`

Email Preference: ⦿ Text   ○ HTML

**Playersclub.com Account Information:**

* Password: `⬚`

* Retype Password: [_____]

* Secret Question: [ Mother's maiden name? ▼ ]

* Secret Answer: [_____]

[ Cancel ]          [ Clear ]          [ Submit ]

**MGM MIRAGE Member Resorts**

   

   

   

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 31

 PLAYERS CLUB

# REQUEST YOUR ACCOUNT NUMBER

POINTPlay®

Holiday Gift Shoppe

New Member Enrollment

Create Your Password

Forgot Your Password

► Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

**Request Your Account Number**

Call 866-800-4668 to obtain your Players Club account number (Player ID).

To ensure the privacy of your account information, you will be asked to verify personal information before receiving your Players Club account number over the phone.

## MGM MIRAGE Member Resorts
















Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 32



# IMAGINE THE POSSIBILITIES.



**Play anywhere and redeem everywhere!** Earn Players Club rewards based on your slot and table games play at any Players Club casino to qualify for benefits and rewards at twelve MGM MIRAGE resorts and casinos such as:

- Complimentary or reduced rooms
- Free shows and dining
- Exclusive members-only events and promotions
- Special invitations to giveaways, tournaments, and concerts

Your Players Club rewards are combined into a single account making it easy to stay, play and win wherever you like, whenever you like. *

**Member Login**

Players Club Number:



Password:



LOG IN

**Forgot Your Password?**    **Need Your Account Number?**


ALREADY A PLAYERS CLUB MEMBER? CLICK HERE TO CREATE YOUR PASSWORD


JOIN NOW!


FREQUENTLY ASKED QUESTIONS


**Tax Information Statement**

*Players Club Holiday Gift Shoppe*
Play your favorite slots and earn FREE Gift Points!

**POINT Play**
POINTPlay® gives you more of what you like best, FREE PLAY® for your slot play.



*See program rules for more information.

## Plan Your Trip

**Room Reservations:**

| Date | | | Nights | Resort | | |
|---|---|---|---|---|---|---|
| June | 23 | 2008 | 1 | Bellagio | | GO! |

» Dining Reservations

» Show Reservations

## MGM MIRAGE Member Resorts

      

      

      

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 33



Players Club Home

# CREATE YOUR PASSWORD

**Create Your Password**

*POINTPlay®*

Holiday Gift Shoppe

New Member Enrollment

➤ Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

To access your Players Club account online, please enter your Players Club
Number from your Players Club card and your date of birth.

Our records indicate your account has not been registered online.

Players Club Number: 

Date of Birth(MM/DD/YYYY): 

[ Cancel ]     [ Clear ]     [ Submit ]

## MGM MIRAGE Member Resorts

   

   

   

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 34

 MGM MIRAGE PLAYERS CLUB

Players Club Home

# CREATE YOUR PASSWORD

**Create Your Password**

*POINTPlay®*

Holiday Gift Shoppe

New Member Enrollment

► Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

To access your Players Club account online, please enter your Players Club
Number from your Players Club card and your date of birth.

Our records indicate your account has not been registered online.

Players Club Number: [          ]

Date of Birth(MM/DD/YYYY): [          ]

[ Cancel ]     [ Clear ]     [ Submit ]

**MGM MIRAGE Member Resorts**

   

   

   

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 35



Players Club Home

# SIGN UP

**Online Registration**

*POINTPlay®*

Holiday Gift Shoppe

► New Member Enrollment

Create Your Password

Forgot Your Password

Request Your
Account Number

Request a Tax Information
Statement

Frequently Asked Questions

Plan Your Trip

Contact Us

Players Club Home

Registration at playersclub.com requires you provide accurate data, including
your email. At the end of the registration, you'll receive an email on how to
activate your online account.

**Please make a note of your Account Number.**
**You will use it to login each time you visit playersclub.com.**

Account Number:

Password:

Re-enter Password:

Secret Question: Mother's maiden name?

Secret Answer:

Email:

Confirm Email:

Email Preference:    ● Text    ○ HTML

[ Cancel ]    [ Clear ]    [ Register ]

Stop by any Players Club booth at Bellagio, MGM Grand, Mandalay Bay, The
Mirage, Treasure Island, Monte Carlo, New York-New York, Luxor, Excalibur, Beau
Rivage in Biloxi MS, Gold Strike in Tunica MS, or MGM Grand Detroit and the
Players Club representative will assist you with your new Players Club card.

**MGM MIRAGE Member Resorts**

   

   

   

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 36



Nicole Patterson <                    @gmail.com>

# Activate your MGM MIRAGE playersclub.com account

1 message

---

**MGM MIRAGE Players Club <welcome@playersclub.com>**          **Mon, Jun 23, 2008 at 10:02 PM**
To: '                    @gmail.com

MGM MIRAGE Players Club

Welcome to playersclub.com

Nicole,

Thank you for visiting playersclub.com. Click the link below to activate your new playersclub.com account, or paste the address directly into your Web browser:

  https://www.playersclub.com/Act.asp?ap=UD04Mzl3MzA0&L=0

After your account is activated, use your account number and the password you created to access your Players Club account online. If you experience any difficulty activating your account, click here https://www.playersclub.com /home/HomeWizard.asp?pt=contactform, to send a message to Players Club Member Services.

At playersclub.com you can explore the world of MGM MIRAGE, plan your next trip, and take advantage of exclusive membership benefits. Visit playersclub.com to:

  View your account balances
  Read about your special invitations and events
  Contact your casino host or Players Club representative

Welcome to the world of MGM MIRAGE. We look forward to introducing you to the world's finest resorts and casinos.

Players Club Member Services


Do not reply to this email. If you received this email in error or would like to request assistance, please click here https://www.playersclub.com/home/HomeWizard.asp?pt=contactform, to send a message to Players Club Member Services.

Privacy Policy: http://www.mgmmirage.com/privacy.htm

Exhibit 37



# IMAGINE THE POSSIBILITIES.



**Play anywhere and redeem everywhere!** Earn Players Club rewards based on your slot and table games play at any Players Club casino to qualify for benefits and rewards at twelve MGM MIRAGE resorts and casinos such as:

- Complimentary or reduced rooms
- Free shows and dining
- Exclusive members-only events and promotions
- Special invitations to giveaways, tournaments, and concerts

Your Players Club rewards are combined into a single account making it easy to stay, play and win wherever you like, whenever you like. *

**Member Login**

Players Club Number:

Password:

Account Activated!



**LOG IN**

Forgot Your Password?    Need Your Account Number?



ALREADY A PLAYERS CLUB MEMBER? CLICK HERE TO CREATE YOUR PASSWORD



JOIN NOW!



FREQUENTLY ASKED QUESTIONS


Tax Information Statement


Play your favorite slots and earn FREE Gift Points!



**POINTPlay**
POINTPlay® gives you more of what you like best, FREE PLAY® for your slot play.

*See program rules for more information.

**Plan Your Trip**

**Room Reservations:**

| Date | | | Nights | Resort | |
|------|--|--|--------|--------|--|
| June | 23 | 2008 | 1 | Bellagio | GO! |

» Dining Reservations

» Show Reservations

## MGM MIRAGE Member Resorts

         

         

      

Copyright © 2008 MGM MIRAGE All rights reserved
Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 38



**PLAYERS CLUB**

Your Member Home | Log Off

**Welcome Back, Nicole**

# MEMBER HOME

### Nicole Patterson

### Account Number

**Member Information**

» Update

**Reward Balances**

**Member Information**

- ► Your Member Home
- Your Offers
- Your Messages
- Your Tax Information Statement
- Member Account Services
- Frequently Asked Questions

*POINTPlay®*

- Request a Tax Information Statement
- Holiday Gift Shoppe

| | |
|---|---|
| Points | 0 |
| POINTPlay® | $0 |

Staten Island, NY 10301 , USA

@gmail.com

**2008 Holiday Gift Shoppe Points**

| | |
|---|---|
| NICOLE PATTERSON | 0 |
| **Total Points Earned** | **0** |

» Promotion Details
» About Linked Accounts

**No Offers Available**

| Resort | Offer | Start | End | Book |
|---|---|---|---|---|

**No Messages Available**

| Resort | Subject | Date |
|---|---|---|

---

**Plan Your Trip**

*See program rules for more information.

**Room Reservations:**

| Date | | | Nights | Resort | |
|---|---|---|---|---|---|
| June ▾ | 23 ▾ | 2008 ▾ | 1 ▾ | Bellagio ▾ |  |

» Dining Reservations
» Show Reservations

**MGM MIRAGE Member Resorts**
















Copyright © 2008 MGM MIRAGE All rights reserved

Program Rules | Responsible Gaming | Privacy Policy | Terms of Use | Contact Us

Exhibit 39



## 1 2 3 4 Choose Dates

### Select Arrival Date

Arrival Date  Jun ▨ 23 ▨ 2008 ▨ ▦

Nights  1 ▨

Guests  2 ▨

SEARCH AVAILABILITY

### Welcome to Monte Carlo!

**Have you received an Offer Code?**
Enter your Offer Code _____ GO

**Are you a registered Travel Agent?**
Enter your IATA number _____ GO

### Check Rates

Check our rate calendar for basic rates and offer availability.

▦ GO

### Promotions

**GUARANTEE EXPECTATION**

Exceed your expectations, not your budget! >Offer is non-refundable...

ⓘ Learn More
▦ View Calendar

**DINE AND PLAY OFFER**

Come over to The Monte Carlo and escape your everyday routine. When...

ⓘ Learn More
▦ View Calendar

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 40



## 1 2 3 4 Choose Dates

### Select Arrival Date

Arrival Date  Nov ▣  20 ▣  2008 ▣  ▦

Nights  1 ▣

Guests  1 ▣

SEARCH AVAILABILITY

### Welcome to Monte Carlo!

**Have you received an Offer Code?**
Enter your Offer Code ............  GO

**Are you a registered Travel Agent?**
Enter your IATA number ............  GO

### Check Rates

Check our rate calendar for basic rates and offer availability.

▦  GO

### Promotions

**GUARANTEE EXPECTATION**

Exceed your expectations, not your budget! >Offer is non-refundable...

ⓘ Learn More
▦ View Calendar

**DINE AND PLAY OFFER**

Come over to The Monte Carlo and escape your everyday routine. When...

ⓘ Learn More
▦ View Calendar

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 41

*Monte Carlo*
RESORT & CASINO

# 1 2 3 4 Choose Accommodations

| | |
|---|---|
| **Deluxe Room** | **$109.95** |



Our Deluxe Rooms offer one of the best choices in comfort, value and service. Request one king bed or two queen beds and...
(More Info)

**Room Preferences**

King Bed ▼    Non-Smoking ▼

11/20  $109.95              SubTotal: $109.95

[ BOOK THIS ROOM ]

**Itinerary**

**Arrive:** Thu Nov 20, 2008
**Depart:** Fri Nov 21, 2008

1 Room(s)
1 Night Stay
1 Guests per room

[ CHANGE SEARCH ]

**Need Help?**

? Click Here for help

| | |
|---|---|
| **Monaco Suite** | **$184.95** |



Indulge in one of our Monaco Suites featuring exquisite contemporary décor, dark veneer furniture and Sealy posturepedic...
(More Info)

**Room Preferences**

King Bed ▼    Non-Smoking ▼

11/20  $184.95              SubTotal: $184.95

[ BOOK THIS SUITE ]

| | |
|---|---|
| **Spa Suite** | **$339.95** |



Designed for comfort where you can relax and rejuvenate, Monte Carlo's Spa Suite offers a retreat that you will not soon...
(More Info)

**Room Preferences**

King Bed ▼    Non-Smoking ▼

11/20  $339.95              SubTotal: $339.95

[ BOOK THIS SUITE ]

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 42



## 1 2 3 4 Guest Information

### Itinerary

**Arriving:** Thu Nov 20, 2008          1 Guests
**Departing:** Fri Nov 21, 2008

| | |
|---|---|
| 1 Deluxe Room 1 night(s): | $109.95 |
| Taxes: | $9.90 |
| **Total:** | **$119.85** |
| ? **Deposit Due:** | **$119.85** |

**Room Requests:** Non-Smoking, King Bed

- Check-In: 3:00 PM;Check-Out: 11:00 AM
- 48 hours notice required to cancel and receive refund of deposit
- Please note that room preferences are not guaranteed.
- Guests must be 21 years or older to check-in.

[ CHANGE SELECTION ]

### Comments

- Please note that special requests are not guaranteed, but we will do our best to accommodate you.

### Guest Information

First Name
Last Name
Country    [ United States ▼ ]
Address

City
State / Province
(US / Canada)    [ -------- ▼ ]
Zip / Postal Code

Phone
(US Only)    ( ) - -
Credit Card Type    [ American Express ▼ ]
Number
Exp Date    [ 6 ▼ ] [ 2008 ▼ ]

Email Address

☑ Receive email offers from
The Monte Carlo Las Vegas.

You will have an opportunity to review your information.

[ CONTINUE ]

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 43



## ⒈ ⒉ ⒊ ⒋ Guest Information

### Itinerary

**Arriving:** Thu Nov 20, 2008                    1 Guests
**Departing:** Fri Nov 21, 2008

| | |
|---|---|
| 1 Deluxe Room 1 night(s): | $109.95 |
| Taxes: | $9.90 |
| **Total:** | **$119.85** |
| ⁇ **Deposit Due:** | **$119.85** |

**Room Requests:** Non-Smoking, King Bed

- Check-In: 3:00 PM;Check-Out: 11:00 AM
- 48 hours notice required to cancel and receive refund of deposit
- Please note that room preferences are not guaranteed.
- Guests must be 21 years or older to check-in.

---

CHANGE SELECTION

---

### Comments

- Please note that special requests are not guaranteed, but we will do our best to accommodate you.

### Guest Information

| Field | Value |
|---|---|
| First Name | Nicole |
| Last Name | Patterson |
| Country | United States |
| Address | |
| | |
| City | Staten Island |
| State / Province (US / Canada) | New York |
| Zip / Postal Code | 10301 |
| Phone (US Only) | |
| Credit Card Type | Visa |
| Number | |
| Exp Date | |
| Email Address | @gmail.com |

☑ Receive email offers from
The Monte Carlo Las Vegas.

You will have an opportunity to review your information.

CONTINUE

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 44



## 1 2 3 4 Review

### Guest Information

**Name:** Nicole Patterson
**Address:**

Staten Island, NY 10301

**Email:** @gmail.com
**Credit Card:**

| CHANGE INFORMATION |

### Terms and Conditions

By booking a room online you are agreeing to our terms and conditions.

*Your Credit Card will be charged the first nights room rate plus tax as a deposit, unless stated otherwise in a specific promotion.

*You must present credit card used for reservation upon

### Itinerary

**Arriving:** Thu Nov 20, 2008          1 Guests
**Departing:** Fri Nov 21, 2008

1 Deluxe Room 1 night(s): $109.95
Taxes: $9.90
**Total:** $119.85

?  **Deposit Due:** $119.85

**Room Requests:** Non-Smoking, King Bed

By clicking below your credit card will be charged the deposit amount and your room will be booked.

| BOOK RESERVATION |

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 45



# Thank You

Your reservation has been confirmed. A confirmation email for your reservation has been sent to ⎟ ⎟⎟⎟⎟⎟ @gmail.com

| **Confirmation Number** | **PRINT CONFIRMATION** |
|---|---|
| | You may forward your confirmation to another email address |

### D5DQN

| | GO |
|---|---|

Email Address

**BOOK ANOTHER ROOM**

Thank you for choosing Monte Carlo. We look forward to your visit. If you have any questions or concerns about this reservation, please call us at 888-529-4828.

---

**Continue Planning your visit . . .**



**Lance Burton**

Don't forget to book your tickets to see Master Magician Lance Burton in the Lance Burton Theatre.

**LANCE BURTON**



**Monte Carlo Dining**

Remember to visit one of our restaurants during your stay at Monte Carlo. We have everything from casual to fine dining.

**RESTAURANT GUIDE**



**Diablo's Cantina**

Monte Carlo partnered with Light Group, one of the leading nightlife, hospitality and lifestyle development organizations in the country, to go to the extreme to bring one unforgettable place to see and be seen. With live bands and Sin-Sational Mexican food, Diablo's Mexican Cantina is definitely the hottest joint on The Strip.

MORE INFO

**DIABLO'S CANTINA**



**Property Attractions at Monte Carlo**

We are raising our level of excellence each day. From dining to gaming, show headliners, spa treatments and the latest in retail offerings, Monte Carlo is constantly creating new ways to capture your attention.

**PROPERTY ATTRACTIONS AT MC**

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 46

 Nicole Patterson <                    @gmail.com>

# Monte Carlo Confirmation D5DQN

1 message

---

**groupres@montecarlo.com <groupres@montecarlo.com>**                          Mon, Jun 23, 2008 at 10:24 PM
To:                @gmail.com

Dear NICOLE PATTERSON,

Welcome to the Monte Carlo Resort and Casino.
We are pleased to confirm the following room reservation:

Confirmation: D5DQN

Arrival Date: 11/20/2008
Departure Date: 11/21/2008
Deposit: $119.85
Nightly Rates:
11/20/2008: $109.95


Subtotal: $109.95
Tax: $9.90

Total including tax: $119.85

Please be advised check-in time begins at 3:00pm and check-out time is at 11:00am. We look forward to seeing you
at the Monte Carlo Resort & Casino in Las Vegas.

Monte Carlo Resort & Casino
Prestigious 2007 AAA Four Diamond Award Recipient

3770 Las Vegas Blvd South
Las Vegas, NV 89109
(702)730-7000 reservations
(702)730-7777 main hotel line
(800)311-8999 reservations

https://reservations.mgmmirage.com/bookingengine.aspx?pid=MCH&host=guestservices

Exhibit 47

MONTECARLO.COM PRINTER-FRIENDLY CONTENT



Monte Carlo Resort & Casino
3770 Las Vegas Blvd. South
Las Vegas, NV 89109
Reservations: 888-529-4828
General Info: 702-730-7777

## Las Vegas Casino

Whether you're taking a spin on a slot machine, doubling down at the blackjack table or going all in at the Poker Room, you'll always find your best bet in our casino.



### Table Games

Step up to the table with our exciting table games including Blackjack, Craps, Roulette, Caribbean Stud, Let it Ride®, Crazy 4 Poker, Texas Hold 'em, Pai Gow Poker, Big Six, Three-Card Poker, Baccarat and more.

Table Games Tour »



### Slots

With over 1,600 slot and video poker machines ranging from 1¢ to $100, there are countless ways to hit it big at this Las Vegas Casino.

Slots Tour »



### Poker Room

Whether you're a beginner or a pro, you can find the perfect hand at our comfortable and exciting Poker Room. Plus, you can bluff your way to the top in our thrilling poker tournaments.

Poker Room Tour »



### Race & Sports Book

Monte Carlo's Race and Sports Book offers a high-energy environment, where you can catch all the exhilarating action of horse racing, pro, and college sports.

Race & Sports Book Tour »



### Players Club

Get the most of your gaming experience by joining Monte Carlo's Players Club and receive rewards based on your slot and table play.

Players Club Tour »

### Meet our Casino Hosts

Monte Carlo's Casino Hosts get personal with your gaming experience. AAA Four Diamond award hospitality and special attention distinguishes us above the others.

Meet our Casino Hosts Tour »





### Gaming Event Schedule

We offer an exciting variety of tournaments and events for our Players Club Members. From poker tournaments to slot tournaments, we provide friendly casino hosts, fabulous prizes and excitement only Monte Carlo can offer.

Gaming Event Schedule Tour »



### Holiday Gift Shoppe

Playing and shopping have never been so much fun. At our Holiday Gift Shoppe, Players Club members unwrap the benefits of membership by redeeming their points for fabulous gifts.

Holiday Gift Shoppe Tour »



### Casino Credit

Marker Signing Privileges and more.

Casino Credit Tour »



### Request A Tax Info Statment

As a Players Club Member, you may submit a Tax Information Request Form to receive your Tax Information Statement.

Request A Tax Info Statement Tour »



### Responsible Gaming

Monte Carlo is committed to responsible gaming. Click here to read on about Responsible Gaming.

Responsible Gaming Information »

MGM✹MIRAGE

Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 48

MONTECARLO.COM PRINTER-FRIENDLY CONTENT



| | Monte Carlo Resort & Casino |
|---|---|
| | 3770 Las Vegas Blvd. South |
| | Las Vegas, NV 89109 |
| | Reservations: 888-529-4828 |
| | General Info: 702-730-7777 |

## Casino Credit

For your convenience, you can complete an application for Marker Signing Privileges online. For more information regarding Marker Signing Privileges, please contact our Casino Credit Department.

MARKER LIMIT APPLICATION

**Casino Credit Department**
3770 Las Vegas Blvd. South
Las Vegas, NV 89109
800-822-8645
FAX: 702-730-7205

MGM⊛MIRAGE
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 49





# MARKER LIMIT APPLICATION

**CUSTOMER INFORMATION**                                          * Limit Requested $ [        ]
*Fields marked with an asterisk * are required.*

* First Name [                    ]   Middle Initial [    ]   * Last Name [                    ]
* Residence Phone ( [      ] ) [      ] - [      ]   Cell Phone ( [      ] ) [      ] - [      ]
* Residence Address [                    ]   * City [                    ]
* State/Province [Please Select ▾]   * Postal Code [        ]   * Country [United States ▾]

* Name of Employer [                    ]
* Business Phone ( [      ] ) [      ] - [      ] ext [      ]
* Address of Employer [                    ]   * City [                    ]
* State/Province [Please Select ▾]   * Postal Code [        ]   * Country [United States ▾]
* Type of Business [                    ]   * Position with Employer [                    ]

* Social Security Number: [      ] - [      ] - [      ]   Email Address [                    ]
* Date of Birth (mm/dd/yyyy) [      ] / [      ] / [      ]   * Expected Arrival Date (mm/dd/yyyy) [      ] / [      ] / [      ]
* Mail Marker Information To: Home ⊙   Office ○   Alternate ○

Alternate Address [                    ]   City [                    ]
State/Province: [Please Select ▾]   Postal Code [        ]   Country [United States ▾]

**BANK ACCOUNT INFORMATION (Checking Accounts Only)**
* Primary Bank (1) Name and Branch [                    ]   ABA# [                    ]
* Street Address [                    ]   * City [                    ]
* State/Province: [Please Select ▾]   * Postal Code [        ]   * Country [United States ▾]
* Personal Account Number: [                    ]   Business Account Number: [                    ]
Name on Business Account: [                    ]   Bank Contact and
Position: [                    ]

Bank (2) Name and Branch [                    ]   ABA# [                    ]
Street Address [                    ]   City [                    ]
State/Province: [Please Select ▾]   Postal Code [        ]   Country [United States ▾]
Personal Account Number: [                    ]   Business Account Number: [                    ]
Name on Business Account: [                    ]   Bank Contact and
Position: [                    ]
Marker Accounts at Other Casinos (list): [                    ]



MONTE CARLO ENDORSES RESPONSIBLE GAMING. At your request, we will provide you with information on our self-limit program. We also will cancel or limit your access to marker signing privileges on your written request. If you or anyone you know may have a problem gaming responsibly, please call 1-800-522-4700.

**I give Monte Carlo and its representatives authorization to obtain and verify my financial information (including but not limited to account balance information) from any source, obtain my financial and employment history and exchange information with others about my financial and account experience with the Monte Carlo. I agree not to hold any of the entities responsible or liable for the information released, nor the Monte Carlo for its use of any such information. I agree that Monte Carlo may retain and use the information on this application and any information it receives based on my authorization whether or not I am granted marker signing privileges.**

    As a condition to being granted marker signing privileges, I agree to sign credit instruments, aka markers or checks (hereinafter "markers") in the amount of the funds (e.g. chips, cash, tokens, etc.) issued to me. Further, I authorize Monte Carlo to complete any of the following information on those markers: (1) name of payee, (2) a date, (3) name, account number, and/or address of any of my banks and financial institutions, (4) electronic encoding of the above and (5) as otherwise authorized by law. The information inserted may be for any account from which I now or may in the future have the right to withdraw funds, regardless of whether that account now exists, and whether I provided the information on the account to Monte Carlo. I REPRESENT THAT AT THE TIME I SIGN ANY MARKER, I HAVE ON DEPOSIT IN ACCOUNTS ON WHICH I AM AN AUTHORIZED SIGNATORY FOR ALL PURPOSES, WITHOUT RESTRICTION, FUNDS SUFFICIENT TO PAY SUCH MARKER UPON DEMAND OR PRESENTMENT.

    I acknowledge that irrespective of any currency exchange laws in the country in which I reside, I have the ability and intent to legally pay through my bank or financial institution the funds represented by the markers signed by me and given to Monte Carlo. I also acknowledge that an independent agent collecting front money deposits or payments on my outstanding balance is my agent and not an agent for Monte Carlo or any of its affiliates.

    I agree that each marker I sign is a separate transaction. If I receive the funds before I execute a marker, I promptly will sign a marker when presented to me, in the amount of the funds I received.

    I agree that Nevada law exclusively applies to these transactions, that the exclusive jurisdiction for any dispute arising out of or related to any of the above shall be a state or federal court sitting in Clark County, Nevada and that I waive any requirement of presentment.

    In addition to any amounts authorized by law, I will pay interest at the rate of eighteen percent (18%) per annum, unless prohibited by Nevada law, and in such case at the highest amount permitted by Nevada law, from the date of issuance of the marker (if dishonored by a financial institution) and all costs of collection, including attorney's fees and court costs.

    I agree that the information set forth above is true and accurate to the best of my knowledge.

        **Please verify that you have read and agree to the above disclosures by typing the word YES in the field below.**

[ ]

[Submit]

Exhibit 50

MONTECARLO.COM PRINTER-FRIENDLY CONTENT



|  | Monte Carlo Resort & Casino |
|--|--|
|  | 3770 Las Vegas Blvd. South |
|  | Las Vegas, NV 89109 |
|  | Reservations: 888-529-4828 |
|  | General Info: 702-730-7777 |

DIRECT ADVANTAGE



Book your accommodations online and receive exclusive offers and benefits at Monte Carlo.

[ MORE INFO ]

MGM MIRAGE VACATIONS

To book a complete vacation including hotel accommodations, air, show tickets and more, visit MGM MIRAGE Vacations.

[ MORE INFO ]

## Direct Advantage

Book your accommodations online and receive exclusive offers and benefits!! Nothing has ever been easier! Booking through Direct Advantage gets you access to the best at MONTE CARLO, all in one location!

### Why book your room direct?

- Only 1-night deposit required
- No hidden booking fees
- Ability to cancel reservations up-to 48 hours prior to arrival without penalty*
- Receive special consideration for online room requests
- Immediate access to all special room and suite promotions
- Priority room upgrade status (based on availability)

### What else can I book direct online?

- Show tickets - You can purchase premium seating directly from the resort. Click here to view the current entertainment.

### Additional Benefits:

- Exclusive offers - Sign-up as a guest book member and receive exclusive offers from MONTE CARLO or other fine MGM MIRAGE resorts.
- Customer service - We have a dedicated 800 number for internet customers. You can reach us at 1-888-529-4828 between the ours of 6:00 am to midnight Monday through Friday and 7:00 am to midnight on Saturday and Sunday (Pacific)
- Open 24/7 - Our websites are open 24-hours per day, 7-days per week for your convenience.
- Expertise - Our websites contain the most up-to-date content on our resorts.
- Click Here to book online.

MGM MIRAGE Direct Advantage.  No better way to book!

* Some pre-pay packages are non cancelable.

MGM MIRAGE
Copyright © 2008 MGM MIRAGE. All rights reserved.

Exhibit 51

EXPLORE THE WORLD OF

# MGM✦MIRAGE

THE COMPANY ✪
THE RESORTS & CASINOS ✪
INVESTOR RELATIONS ✪
PLAYERS CLUB ✪
MGM MIRAGE VACATIONS ✪
M LIFESTYLE MAGAZINE ✪
RETAIL VENDOR COMPLIANCE ✪
MGM MIRAGE EVENTS ✪
RESTAURANT RESERVATIONS ✪
SHOW RESERVATIONS ✪



MGM✦MIRAGE

| ROOM RESERVATIONS | ARRIVAL DATE | | | NO. OF NIGHTS | RESORT | GO! |
|---|---|---|---|---|---|---|
| | June ▾ | 25 ▾ | 2008 ▾ | 1 ▾ | Bellagio ▾ | |

 Q1 2008 MGM MIRAGE Earnings Conference Call
May 06, 2008 at 11:00 a.m. ET

            

Copyright © 2008 MGM MIRAGE. All rights reserved. | Privacy Policy | Terms of Use | Become an Affiliate | Employment

Exhibit 52

EXPLORE THE WORLD OF
# MGM MIRAGE



THE COMPANY ○

THE RESORTS & CASINOS ○

INVESTOR RELATIONS ○

PLAYERS CLUB ○

MGM MIRAGE VACATIONS ○

M LIFESTYLE MAGAZINE ○

RETAIL VENDOR COMPLIANCE ○

MGM MIRAGE EVENTS ○

RESTAURANT RESERVATIONS ○

SHOW RESERVATIONS ○

## ROOM RESERVATIONS

| ARRIVAL DATE | NO. OF NIGHTS | RESORT | |
|---|---|---|---|
| December ▾ 13 ▾ 2008 ▾ | 1 ▾ | Monte Carlo ▾ | GO! |

 Q1 2008 MGM MIRAGE Earnings Conference Call
May 06, 2008 at 11:00 a.m. ET

    

Copyright © 2008 MGM MIRAGE. All rights reserved. | Privacy Policy | Terms of Use | Become an Affiliate | Employment

Exhibit 53



**1 2 3 4 Choose Dates**

### Select Arrival Date

Arrival Date  Dec ▦  13 ▦  2008 ▦  ▦

Nights  1 ▦

Guests  2 ▦

[ SEARCH AVAILABILITY ]

### Welcome to Monte Carlo!

**Have you received an Offer Code?**
Enter your Offer Code ............  [ GO ]

**Are you a registered Travel Agent?**
Enter your IATA number ............  [ GO ]

### Check Rates

Check our rate calendar for basic rates and offer availability.

▦  [ GO ]

### Promotions

**GUARANTEE EXPECTATION**

Exceed your expectations, not your budget! >Offer is non-refundable...

ⓘ Learn More
▦ View Calendar

**DINE AND PLAY OFFER**

Come over to The Monte Carlo and escape your everyday routine. When...

ⓘ Learn More
▦ View Calendar

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 54



# [1][2][3][4] Choose Accommodations



## Deluxe Room                                    $119.95

Our Deluxe Rooms offer one of the best choices in comfort, value and service. Request one king bed or two queen beds and...
(More Info)

**Room Preferences**

[King Bed ▼]  [Non-Smoking ▼]

12/13  $119.95                    SubTotal: $119.95

[ BOOK THIS ROOM ]

---

### Itinerary

**Arrive:** Sat Dec 13, 2008
**Depart:** Sun Dec 14, 2008

1 Room(s)
1 Night Stay
1 Guests per room

[ CHANGE SEARCH ]

---



## Monaco Suite                                   $229.95

Indulge in one of our Monaco Suites featuring exquisite contemporary décor, dark veneer furniture and Sealy posturepedic...
(More Info)

**Room Preferences**

[King Bed ▼]  [Non-Smoking ▼]

12/13  $229.95                    SubTotal: $229.95

[ BOOK THIS SUITE ]

---

### Need Help?

[?] Click Here for help

---



## Spa Suite                                      $349.95

Designed for comfort where you can relax and rejuvenate, Monte Carlo's Spa Suite offers a retreat that you will not soon...
(More Info)

**Room Preferences**

[King Bed ▼]  [Non-Smoking ▼]

12/13  $349.95                    SubTotal: $349.95

[ BOOK THIS SUITE ]

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 55



## 1 2 **3** 4 Guest Information

### Itinerary

**Arriving:** Sat Dec 13, 2008                    1 Guests
**Departing:** Sun Dec 14, 2008

| | |
|---|---|
| 1 Deluxe Room 1 night(s): | $119.95 |
| **Taxes:** | $10.80 |
| **Total:** | $130.75 |
| **Deposit Due:** | $130.75 |

**Room Requests:** Non-Smoking, King Bed

- Check-In: 3:00 PM;Check-Out: 11:00 AM
- 48 hours notice required to cancel and receive refund of deposit
- Please note that room preferences are not guaranteed.
- Guests must be 21 years or older to check-in.

[ CHANGE SELECTION ]

### Comments

- Please note that special requests are not guaranteed, but we will do our best to accommodate you.

### Guest Information

First Name
Last Name
Country        United States
Address

City
State / Province    --------
(US / Canada)
Zip / Postal Code

Phone        ( )    -
(US Only)
Credit Card Type    American Express
Number
Exp Date    6    2008
Email Address

☑ Receive email offers from The Monte Carlo Las Vegas.

You will have an opportunity to review your information.

[ CONTINUE ]

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | **Privacy Policy** | Become an Affiliate

Exhibit 56



## 1 2 **3** 4 Guest Information

### Itinerary

**Arriving:** Sat Dec 13, 2008                          1 Guests
**Departing:** Sun Dec 14, 2008

|  |  |
| --- | --- |
| 1 Deluxe Room 1 night(s): | $119.95 |
| Taxes: | $10.80 |
| **Total:** | **$130.75** |
| [?] Deposit Due: | $130.75 |

**Room Requests:** Non-Smoking, King Bed

- Check-In: 3:00 PM;Check-Out: 11:00 AM
- 48 hours notice required to cancel and receive refund of deposit
- Please note that room preferences are not guaranteed.
- Guests must be 21 years or older to check-in.

**CHANGE SELECTION**

### Comments

- Please note that special requests are not guaranteed, but we will do our best to accommodate you.

### Guest Information

| | |
| --- | --- |
| First Name | Nicole |
| Last Name | Patterson |
| Country | United States |
| Address | |
| City | Staten Island |
| State / Province (US / Canada) | New York |
| Zip / Postal Code | 10301 |
| Phone (US Only) | ( ) |
| Credit Card Type | Visa |
| Number | |
| Exp Date | |
| Email Address | @gmail.com |

☑ Receive email offers from The Monte Carlo Las Vegas.

You will have an opportunity to review your information.

**CONTINUE**

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 57



## ① ② ③ ④ Review

### Guest Information

**Name:** Nicole Patterson
**Address:**

Staten Island, NY 10301

**Email:** @gmail.com
**Credit Card:**

[ CHANGE INFORMATION ]

### Terms and Conditions

By booking a room online you are agreeing to our terms and conditions.

*Your Credit Card will be charged the first nights room rate plus tax as a deposit, unless stated otherwise in a specific promotion.
*You must present credit card used for reservation upon

### Itinerary

**Arriving:** Sat Dec 13, 2008                               1 Guests
**Departing:** Sun Dec 14, 2008

1 Deluxe Room 1 night(s): $119.95
Taxes: $10.80
**Total: $130.75**

[?] **Deposit Due: $130.75**

**Room Requests:** Non-Smoking, King Bed

By clicking below your credit card will be charged the deposit amount and your room will be booked.

[ BOOK RESERVATION ]

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 58

*Monte Carlo*
RESORT & CASINO
LAS VEGAS

# Thank You

Your reservation has been confirmed. A confirmation email for your reservation has been sent to                    @gmail.com

| Confirmation Number | PRINT CONFIRMATION |
|---|---|
| **2MG6N** | You may forward your confirmation to another email address |

[ GO ]

Email Address

[ BOOK ANOTHER ROOM ]

Thank you for choosing Monte Carlo. We look forward to your visit. If you have any questions or concerns about this reservation, please call us at 888-529-4828.

---

**Continue Planning your visit . . .**



**Lance Burton**

Don't forget to book your tickets to see Master Magician Lance Burton in the Lance Burton Theatre.

[ LANCE BURTON ]



**Monte Carlo Dining**

Remember to visit one of our restaurants during your stay at Monte Carlo. We have everything from casual to fine dining.

[ RESTAURANT GUIDE ]



**Diablo's Cantina**

Monte Carlo partnered with Light Group, one of the leading nightlife, hospitality and lifestyle development organizations in the country, to go to the extreme to bring one unforgettable place to see and be seen. With live bands and Sin-Sational Mexican food, Diablo's Mexican Cantina is definitely the hottest joint on The Strip.

[ DIABLO'S CANTINA ]


MORE INFO



**Property Attractions at Monte Carlo**

We are raising our level of excellence each day. From dining to gaming, show headliners, spa treatments and the latest in retail offerings, Monte Carlo is constantly creating new ways to capture your attention.

[ PROPERTY ATTRACTIONS AT MC ]

Copyright © 2008 MGM MIRAGE. All Rights Reserved.

Guest Services | Travel Agents | Privacy Policy | Become an Affiliate

Exhibit 59



Nicole Patterson <                    @gmail.com>

## Monte Carlo Confirmation 2MG6N
1 message

groupres@montecarlo.com <groupres@montecarlo.com>                    Wed, Jun 25, 2008 at 7:49 PM
To:                @gmail.com

Dear NICOLE PATTERSON,

Welcome to the Monte Carlo Resort and Casino.
We are pleased to confirm the following room reservation:

Confirmation: 2MG6N

Arrival Date: 12/13/2008
Departure Date: 12/14/2008
Deposit: $130.75
Nightly Rates:
12/13/2008: $119.95

Subtotal: $119.95
Tax: $10.80

Total including tax: $130.75

Please be advised check-in time begins at 3:00pm and check-out time is at 11:00am. We look forward to seeing you
at the Monte Carlo Resort & Casino in Las Vegas.

Monte Carlo Resort & Casino
Prestigious 2007 AAA Four Diamond Award Recipient

3770 Las Vegas Blvd South
Las Vegas, NV 89109
(702)730-7000 reservations
(702)730-7777 main hotel line
(800)311-8999 reservations

https://reservations.mgmmirage.com/bookingengine.aspx?pid=MCH&host=guestservices

Exhibit 60



Save More When You Book Flight & Hotel Together

◉ Flight + Hotel     ○ Hotel

To book multiple rooms or for Customer Service
call 1-800-360-7111.

Departure City: Chicago - Midway (MDW)
Destination City: Las Vegas
Departure Date: 07/16/08 Wed          Return Date: 07/18/08 Fri
Adults: 2     Children: 0     Promotion Code:          SEARCH FLIGHT & HOTEL





E-MAIL SPECIALS SIGNUP

Sign up to receive weekly e-mails filled with
hot deals and special promotions.

SIGN UP

Contact Us  |  About Us  |  Gift Certificates  |  Send Your Comments  |  Site Map

## COMPLETE LAS VEGAS VACATION PACKAGES

### Las Vegas travel packages
MGM MIRAGE Vacations makes it convenient and easy to book an exciting Las Vegas vacation package to any of our distinct resorts. Create a complete travel package including air, hotel and rental car as well as tickets to attractions and shows.

### The best Las Vegas hotels & casinos
After your flight, stay in one of our lavish hotels and casinos including the Bellagio, MGM Grand, Mandalay Bay, THEhotel at Mandalay Bay, The Mirage, Treasure Island, Monte Carlo, New York-New York, Luxor, Excalibur or Circus Circus.

### Customize your Las Vegas vacation
Plan a vacation that matches with your own dreams and desires. Whatever custom vacation package you choose to design, you'll have an unforgettable stay in Las Vegas at a fabulous MGM MIRAGE Vacations resort.

Exhibit 61



Exhibit 62

# MGM MIRAGE Vacations

VACATION

HOME     CUSTOMER SERVICE

New Search   |   Hotels   |   Flights

## Select Your Hotel
View the hotel options below. Use the **SELECT** button to make your choice.

| Package Price includes: Hotel and Air | $826.75 |
|---|---|
| Vacation package from **New York -- JFK (JFK)** to **Las Vegas (LAS)** | $413.38 Per Person |

**2 nights** in a hotel of your choice in **Las Vegas**

**Selected Flight**
Departure - JUL 16 08
Delta #621 11:10 AM to 1:46 PM New York -- JFK to Las Vegas
Return - JUL 18 08
Delta #624 2:50 PM to 11:04 PM Las Vegas to New York -- JFK

**Sort By:**  ✪ Price

### Circus Circus
Location: Las Vegas, NV

Description: Step right up to this appealing hotel where fun and excitement await you under the big top. Try your luck at one of the many gaming tables and slot machines More...

**Room Type:** TWR Tower

Total package price includes (Hotel and Air) $826.75     **SELECT**

**CHANGE FLIGHT**

### Excalibur
Location: Las Vegas, NV

Description: Travel across the moat into a world where chivalrous knights and kindly wizards are once again in style. Excellent gaming, tasteful guestrooms and thrilling entertainment at 'The Tournament of Kings' More...

**Room Type:** STD Run of House

Total package price includes (Hotel and Air) $855.32     **SELECT**

**Room Type:** WSD Widescreen Room

Total package price includes (Hotel and Air) $893.42     **SELECT**

**CHANGE FLIGHT**

### Monte Carlo
Location: Las Vegas, NV

Description: A popular destination for guests from all over the world, this polished hotel combines the elegance of a Moroccan palace with the excitement and entertainment of Las Vegas. Step into More...

**Room Type:** DLX Standard Deluxe

Total package price includes (Hotel and Air) $931.51     **SELECT**

**CHANGE FLIGHT**

### MGM Grand Las Vegas
Location: Las Vegas, NV

Description: MGM Grand is Maximum Vegas. Relax at the Grand Spa and Pool, enjoy incredible dining options, party the night away at the exhilarating Studio 54, unwind at the ultra-lounge Tabu. More...

## Customer Service

Should you need help at any time, please give us a call at 1-800-360-7111

**Refine Search: Hotels**

Check In Date:
16JUL08 

Check Out Date:
18JUL08

**SEARCH**

Room Type:  DLX Deluxe

Total package price includes (Hotel and Air) $941.04  `SELECT`

Room Type:  WW West Wing Tower

Total package price includes (Hotel and Air) $969.61  `SELECT`

Room Type:  KG Bungalow King

Total package price includes (Hotel and Air) $1,083.89  `SELECT`

Room Type:  QU Bungalow Queen

Total package price includes (Hotel and Air) $1,083.89  `SELECT`

Room Type:  SPA Celebrity Spa

Total package price includes (Hotel and Air) $1,150.56  `SELECT`

`CHANGE FLIGHT`



**Mandalay Bay Resort & Casino Las Vegas**
Location: Las Vegas, NV
Description: Blending mystical architecture and tropical themes, The Mandalay Bay Resort and Casino provides a perfect oasis after fun-filled days on the strip. Float down the lazy river and into the More...

Room Type:  5DR 550 DR

Total package price includes (Hotel and Air) $950.56  `SELECT`

Room Type:  7GR 750 GR Suite

Total package price includes (Hotel and Air) $1,198.18  `SELECT`

Room Type:  L1B 1500 XB Suite

Total package price includes (Hotel and Air) $1,931.51  `SELECT`

`CHANGE FLIGHT`



**Treasure Island – TI**
Location: Las Vegas, NV

Description: Luxurious guest rooms, fine dining and world-class entertainment make TI-Treasure Island one of Las Vegas' most spectacular attractions. At the front of the resort enjoy, the Sirens of TI, as More...

Room Type:  DLX Deluxe

Total package price includes (Hotel and Air) $950.56  `SELECT`

Room Type:  SV Strip View Deluxe

Total package price includes (Hotel and Air) $998.18  `SELECT`

Room Type:  PS Petite Suite

Total package price includes (Hotel and Air) $1,026.75  `SELECT`

Room Type:  TS Tower Suite

Total package price includes (Hotel and Air) $1,083.89  `SELECT`

`CHANGE FLIGHT`



**The Mirage**
Location: Las Vegas, NV
Description: Imagine a volcano that erupts every few minutes; then experience it at The Mirage. See a giant aquarium where live sharks glide on an underwater reef or Siegfried & Roy's More...

Room Type:  DLX Deluxe

Total package price includes (Hotel and Air) $979.13  `SELECT`

Room Type:  PV Premium View

Total package price includes (Hotel and Air) $1,026.75  `SELECT`

**Room Type:**  TWR Tower Deluxe
Total package price includes (Hotel and Air) $1,102.94    SELECT

**Room Type:**  TS Tower Suite
Total package price includes (Hotel and Air) $1,388.65    SELECT

CHANGE FLIGHT



**THEhotel at Mandalay Bay**
Location: Las Vegas, NV

Description: With all of the shared privileges of Mandalay Bay, this luxury tower provides spacious accommodations and first class amenities. From the plasma televisions in every room, to upscale restaurants, expansive More...

**Room Type:**  ST Suite
Total package price includes (Hotel and Air) $1,055.32    SELECT

CHANGE FLIGHT



**The Signature at MGM Grand Hotel**
Location: Las Vegas, NV

Description: The Signature's suites are set within three beautiful and distinct towers and will provide guests with a serene retreat and an intimate setting where the focus is on personalized service. More...

**Room Type:**  JST Junior Suite
Total package price includes (Hotel and Air) $1,064.84    SELECT

**Room Type:**  1BD One Bedroom
Total package price includes (Hotel and Air) $1,169.61    SELECT

CHANGE FLIGHT



**Bellagio**
Location: Las Vegas, NV

Description: Named one of 'the world's best places to stay' in 2004 by Condé Nast Traveler, this hotel offers an unforgettable taste of European-style elegance and Las Vegas excitement. Rising over More...

**Room Type:**  DLX Deluxe
Total package price includes (Hotel and Air) $1,093.42    SELECT

**Room Type:**  SAL Salone Suite
Total package price includes (Hotel and Air) $1,607.70    SELECT

**Room Type:**  BEL Bellagio Suite
Total package price includes (Hotel and Air) $1,750.56    SELECT

**Room Type:**  PEN Penthouse Suite
Total package price includes (Hotel and Air) $2,083.89    SELECT

CHANGE FLIGHT

Page 1

Exhibit 63



**New Search**  |  **Hotels**  |  **Flights**  |  **Vacation Extras**  |  **Rental Cars**  |  **Book Vacation**

**Customer Service**

Should you need help at any time, please give us a call at 1-800-360-7111

## Package Summary

You have now selected all items for your vacation, and you can change any aspect of your package below. Once your vacation is complete, use the **BOOK THIS VACATION** button on the bottom of the page.

**My Saved Vacations**

To view the vacations you have saved, please login.

If you are new to our site, please take a minute to register.

| | |
|---|---|
| Package Price Includes: Hotel and Air | $931.51 |
| Vacation package from **New York -- JFK (JFK)** to **Las Vegas (LAS)** | $465.76 Per Person |

### Hotel



**Monte Carlo**

Check In: JUL 16 08
Check Out: JUL 18 08
Room Type: DLX Standard Deluxe

Hotel Price: $ Included

[ CHANGE HOTEL ]

**Change Room Type**
⊙  DLX Standard Deluxe          [ Room Information ]

**Price Per Stay**
Current Selection

### Flights

| | Date | Leaves | Arrives |
|---|---|---|---|
| **Delta #621** | JUL 16 08 | 11:10 AM | 1:46 PM |
| New York -- JFK (JFK) to Las Vegas (LAS) | | | |
| | Date | Leaves | Arrives |
| **Delta #624** | JUL 18 08 | 2:50 PM | 11:04 PM |
| Las Vegas (LAS) to New York -- JFK (JFK) | | | |

Flight Price: $ Included

[ CHANGE FLIGHT ]

Base Package Price - Hotel and Air  **$931.51**

## Add Vacation Extras to Your Package

**Transfers, Travel Protection and More**

**Cancellation Waiver – click for benefits**
2 Adult at $49.99 each

[ ☒ Remove ]     Extras Price: $ 99.98

[ ADD EXTRAS ]

## Rental Cars

[ ADD CAR ]

**Total Price Includes:**
Round-trip flights, government air taxes and airport taxes, hotel accommodations, hotel taxes and 24 hour traveler assistance. If selected, car rental (except state and local tax) and extras are included.

Click here for more information on taxes and fees.

| | |
|---|---|
| Base Package Price | $931.51 |
| Vacation Extras | $99.98 |
| **TOTAL PRICE** | **$1,031.49** |
| **Avg. Price Per Person** | **$515.75** |

PRINT    EMAIL    SAVE                    BOOK THIS VACATION

Privacy Policy

©1999-2008 Trisept Solutions Generated at 7:05PM CST on 25JUN08.
CST 2009218-20

Exhibit 64



HOME    CUSTOMER SERVICE

PRINT

## Checkout
In just three easy steps, you'll have your vacation booked.

### Step #1 - Review Itinerary
Review your vacation itinerary. When your itinerary is final, scroll down the page to complete the next steps.

**Selected Hotel**
Monte Carlo  JUL 16 08 to JUL 18 08  Room Type:  DLX Standard Deluxe            **CHANGE HOTEL**        $ Included

**Selected Flight**
**Departure - JUL 16 08**
Delta #621  11:10 AM to 1:46 PM  New York -- JFK to Las Vegas          **CHANGE FLIGHT**       $ Included
**Return - JUL 18 08**
Delta #624  2:50 PM to 11:04 PM  Las Vegas to New York -- JFK

**Selected Extras**
Cancellation Waiver - click for benefits  2 Adult at $49.99 each          **CHANGE EXTRAS**      + $99.98

**ADD EXTRAS**

**Rental Car**
Add a Rental Car to Your Vacation                                          **ADD CAR**

| **Total Price Includes:** | | |
|---|---|---|
| Round-trip flights, government air taxes and airport taxes, hotel accommodations, hotel taxes and 24 hour traveler assistance. If selected, car rental (except state and local tax) and extras are included. | **Base Package Price** | $931.51 |
| | **Vacation Extras** | $99.98 |
| Click here for more information on taxes and fees. | **TOTAL PRICE** | $1,031.49 |
| | **Avg. Price Per Person** | $515.75 |

### Step #2 - Traveler Information
Your email confirmation will be sent to the email address provided. A phone number is required in the event that our customer care team needs to contact you.

\* Indicated required fields.

**Traveler #1**

*First Name:
*Last Name:
*Phone Number:
*Email Address:
Password:
Re-Type Password:
Frequent Flyer Number:

**Adult**
Note: Please enter your name exactly as it appears on your Government Issued ID Card or Passport.
Example: 555-555-5555

Your email address is needed for confirmation of reservation.

If you are a first-time user, you must enter a password.

**Traveler #2**

*First Name:
*Last Name:
Frequent Flyer Number:

**Adult**
Note: Please enter your name exactly as it appears on your Government Issued ID Card or Passport.

**Seat Preference**
Select the desired seat preference for the travelers above. Due to airline availability on each flight, seat assignments may not match your preference exactly or seats may not be assigned until airport check-in.

Left  |  Aisle  |  Front

### Step #3 - Apply Payment
Full payment is required at booking. Select the number of payments, and enter the credit card and amount for each card being used.

Select Number
of Payments:      [ 1 ▾ ]

Payment #1

*Credit Card Type:      [ MasterCard ▾ ]

*Credit Card Number:    [                    ]

*Security Code:         [        ]

*Expiration Date:       [ JUN ▾ ]  [ 2008 ▾ ]

*Amount:                [ 1031.49        ]

**Cardholder Name and Address:**

*First Name:            [                ]

 Middle Initial:        [      ]

*Last Name:             [              ]

*Address 1:             [                    ]

 Address 2:             [                  ]

*City:                  [              ]

*State Code:            [      ]

*Zip:                   [        ]

*Country:               [ United States      ▾ ]

**Master Card**
**The security code is the
last 3-digits printed on
the back of your card.**

Please enter your name exactly as it appears on your credit card.

**Required for Booking:**    ☐ I read and agree with the Terms & Conditions

[ **BOOK THIS VACATION** ]

Privacy Policy

©1999-2008 Trisept Solutions Generated at 7:07PM CST on 25JUN08.
   CST 2009218-20

Exhibit 65



## COMPLETE LAS VEGAS VACATION PACKAGES

**Las Vegas travel packages**
MGM MIRAGE Vacations makes it convenient and easy to book an exciting Las Vegas vacation package to any of our distinct resorts. Create a complete travel package including air, hotel and rental car as well as tickets to attractions and shows.

**The best Las Vegas hotels & casinos**
After your flight, stay in one of our lavish hotels and casinos including the Bellagio, MGM Grand, Mandalay Bay, THEhotel at Mandalay Bay, The Mirage, Treasure Island, Monte Carlo, New York-New York, Luxor, Excalibur or Circus Circus.

**Customize your Las Vegas vacation**
Plan a vacation that matches with your own dreams and desires. Whatever custom vacation package you choose to design, you'll have an unforgettable stay in Las Vegas at a fabulous MGM MIRAGE Vacations resort.

Exhibit 66



HOME    CUSTOMER SERVICE

**Sign-up to Receive Email Specials**

| | |
|---|---|
| *First Name | Nicole |
| Last Name | Patterson |
| *Email Address | @gmail.com |
| Address | |
| Address2 | |
| City | Staten Island |
| State | New York |
| *Zip Code | 10301 |

☑ VAXWEBMMT Weekly Email

**CREATE PROFILE**

**Your Information is Secure**

Our technology partner, Trisept Solutions, uses a VeriSign SSL certificate to secure your private information. See the VeriSign certificate confirming your safety.

Privacy Policy

©1999-2008 Trisept Solutions Generated at 4:44PM CST on 24JUN08.
  CST 2009218-20

Exhibit 67



Thank you for registering with MGM Mirage Vacations.

Privacy Policy

©1999-2008 Trisept Solutions Generated at 4:45PM CST on 24JUN08.
CST 2009218-20

Exhibit 68



Exhibit 69

MGM⊛MIRAGE AFFILIATE PROGRAM

**Welcome**

**Company Information**

FAQ

General Questions
Promotional Assets
Payment & Monitoring

Operating Agreement

**Join Now!**





# WELCOME

## Welcome to the MGM MIRAGE Affiliate Program!

Earn money with your web site in a simple, convenient way! The MGM MIRAGE Affiliate Program gives you the opportunity to earn money just by introducing visitors to our brand.

The travel industry is one of the largest-booming businesses on the Internet, according to most eCommerce analysts, and our Las Vegas properties are prime destinations for travelers from around the world.

## Why Join?

MGM MIRAGE resorts and casinos are some of the most famous in the world, widely credited for establishing a new generation of excitement in Las Vegas! Our property list includes Bellagio, MGM Grand, Luxor, Mandalay Bay, New York New York, and The Mirage just to name a few. Not only is MGM MIRAGE a prominent industry leader, but your customers will have a first-rate experience that thousands have come to know. Our properties are top rated for hotel amenities, entertainment, customer service, and onsite attractions.

We invite you to join our online Affiliate program, which will allow you the opportunity to generate income from your web site. It's the easiest money you'll ever make, simply by providing your users instant access to Las Vegas' finest resorts by installing our links on your web site. Your users will have the opportunity to explore everything that MGM MIRAGE properties have to offer, such as Cirque de Soleil shows and a variety of fine dining restaurants like Wolfgang Puck's. Your visitors will also have the convenience of booking online in a safe and secure environment.

Join the MGM MIRAGE Affiliate program today!

## How does it work?

Its easy and its free! As an Affiliate, there is no programming involved. Simply promote MGM MIRAGE from your web site or newsletter with banners, text links, and content that we provide. Every time you send a customer our way and they make a Qualified Booking on our website, you earn a commission.

Membership applications are reviewed daily and you will typically receive an email or call from us within 72 hours confirming your application or requesting additional information.

Please add noreply@mgmmirageaffiliates.com to your address book to ensure email delivery.

Please keep in mind the following things we look for prior to submitting your application:

- Quality of site design (we do not accept sites under construction)
- Potential of driving traffic to our property sites
- Website language (we are currently only accepting English speaking sites)
- Other miscellaneous factors

Upon approval of your application, youll have your own Affiliate account that will grant you access to our Affiliate membership site. Through this source, we will provide you with all of the necessary tools to install links on your web site to our properties, access online reports to track how well you are doing, and monitor the success of your sales and commissions. We securely and professionally handle all reservations, billing, and customer service.

Join the MGM MIRAGE Affiliate program today!

Copyright© 2008 MGM MIRAGE. All rights reserved. | Privacy Policy | Terms of Use

Exhibit 70

MGM MIRAGE AFFILIATE PROGRAM

Already an Affiliate?
Login now »

Welcome

Company Information

FAQ

General Questions
Promotional Assets
Payment & Monitoring

Operating Agreement

Join Now!





# FAQ - GENERAL QUESTIONS

## What is an Affiliate Program and how does it work?

Our Affiliate Program allows you to place our property links and banners on your web site. These links and banners provide your users with the ability to book reservations with us and allow sales to be tracked from your web site. Each time a user makes a Qualified Booking and stays with one of our participating properties via that online booking, we pay you!

## How do I benefit from the Affiliate Program?

As an Affiliate, you have unlimited potential to earn high commissions - all you have to do is install our text links and/or banner ads. In addition, you also add value to the content of your site by offering users information and easy access to the premiere Las Vegas properties.

## Which MGM MIRAGE properties are eligible to earn commission on in the Affiliate Program?

Bellagio, MGM Grand, Mandalay Bay, The Mirage, Treasure Island, Monte Carlo, New York New York, Luxor, Excalibur, Circus Circus, Beau Rivage (Biloxi, MS), Gold Strike (Tunica, MS) and Circus Circus (Reno, NV).

## Is there a cost to be an Affiliate?

No. Our Affiliate Program is absolutely free.

## How do I sign up?

First you must read our Affiliate Operating Agreement. If you accept our agreement terms, proceed to enroll as an Affiliate by completing our online application form. Upon completion of the form, we will review your site. A W9 (U.S. affiliates) or a W8BEN (international affiliates) must be on file before final applications can be approved. Upon acceptance, we will provide you access to our Affiliate membership site, as well as detailed information on how to get started so you can begin earning commissions immediately.

## What are the ways that an Affiliate can earn commission in your program?

AAn Affiliate will only earn commissions for Qualified Bookings at MGM MIRAGE properties. From time to time, we may implement special programs and will notify Affiliates of any new opportunities as they arise.

## What am I responsible for as an Affiliate?

You are responsible for installing and updating links on your site through our Affiliate membership site. This web site provides you with all the necessary tools and support you need. We handle all reservations, billing, and customer service.

## Does my web site qualify to become an Affiliate?

Most sites will qualify for the Affiliate Program. However, we do reserve the right to refuse membership to a site or revoke a site's membership at any time. Please refer to section III and VII of our Affiliate Operating Agreement for more information.

# Can I operate more than one web site? If so, is it possible to monitor them separately and pay me with one check?

Yes. The Affiliate Program allows you to have numerous web sites under one main account. For each site, you can append a specific SubID to the linking code that will help identify each different web site (or page) in your status reports. For reporting and monitoring, there is a Sub ID Report which will have all of the data in regards to clicks, transactions, and commissions. As long as you only have one account set up, we will pay you with one commission check for all of your sites. Please note that approval for your main account does not automatically mean that subsequent web sites will be approved.

# Can a web site outside the United States be an Affiliate?

Yes. We invite applicants from around the world to take advantage of this program. However, users that book online must pay in U.S. dollars. All commission checks to Affiliates will also be in U.S. dollars.

# Can I still apply to be an Affiliate if I have no web site?

Unfortunately, no. We must be able to view your site throughout your participation in the program.

# As an Affiliate, will traffic increase to my site?

We provide you with the tools that allow you to earn income through a revenue-sharing program. It is not designed to direct traffic to your site; however, it does provide additional content on your web site to enhance the overall user experience.

# Can I participate in other web sites' affiliate programs?

Yes. Participation in the MGM MIRAGE Affiliate Program does not limit you from participating in other web sites' Affiliate Programs.

The above FAQs are not intended to describe the entirety of the Affiliate Program, nor all of the responsibilities of an Affiliate. Please refer to the Affiliate Operating Agreement for a full discussion of your rights and responsibilities as an Affiliate.

# Do you still have questions?

Email Affiliate@mgmmirage.com or call the Affiliate Hotline at 702.891.1793.

Copyright© 2008 MGM MIRAGE. All rights reserved. | Privacy Policy | Terms of Use

Exhibit 71

# MGM◯MIRAGE AFFILIATE PROGRAM

Sign-up        Login

## Affiliate Sign-up Form

### Personal Information

Fill out your personal information (fields in **bold** are required). Why do you need this information?

The information gathered here is used to determine whether or not a site qualifies for the program, and to verify that the person applying is associated with the site they are applying with. Before you become an affiliate, we will only contact you to determine your qualification to be included in the program. After you join, you will receive program-related material as needed via email or phone. Physical address information is required so that we can mail commission checks.

| | |
|---|---|
| **First Name:** | |
| **Last Name:** | |
| **Company:** | |
| **Checks Payable To:** | |
| **Email:** | |
| **Phone:** | |
| **Address:** | |
| Address 2: | |
| **City:** | |
| **State / Province:** | |
| **Zip / Postal Code:** | |
| **Country:** | |
| **How did you hear about our Affiliate Program? :** | |
| **What properties do you plan to promote? :** | |
| Backup Contact Name : | |
| Backup Contact Phone : | |
| Backup Contact Email : | |

### Password

Choose a password that will allow you to login to your admin area.

| | |
|---|---|
| **Choose Password:** | |
| **Confirm Password:** | |

### Domains

Enter the domains where you will be linking marketing material from. You can enter either:

- an *exact* path (http://www.domain.com/page.html)
- a *sub-directory* (http://www.domain.com/path/)
- or a *full domain* (http://www.domain.com)

| | |
|---|---|
| **Domain #1:** | http:// |
| Domain #2: | http:// |

Domain #3:    http://

Domain #4:    http://

Domain #5:    http://

**Site Categories**

Please choose up to three categories that describe your website or websites:

Site Category 1:    Advertising and Marketing ▾

Site Category 2:    Advertising and Marketing ▾

Site Category 3:    Advertising and Marketing ▾

**Site Information**

Unique Visitors Per Month:    0

How will you promote our campaigns?    email / newsletter ▾

Do You Publish a Newsletter?    ⦿ Yes    ○ No

Number of Subscribers:    0

Do you send Solo email?    ○ Yes    ⦿ No

Single or Double Optin?    ⦿ Single    ○ Double

Mailing Frequency:    None

Do you record Time/Date/IP Stamp?    ○ Yes    ⦿ No

☐  **I agree to the terms and conditions specified in the <u>Affiliate Agreement</u>**

☑  Please add this merchant to my free <u>Kolimbo</u> account to allow for centralized logins and account management.

Apply Now

Copyright© 2008 MGM MIRAGE. All rights reserved. | Privacy Policy | Terms of Use

Bellagio | MGM Grand | The Mirage | Treasure Island | New York-New York
Beau Rivage | Circus Circus | Excalibur | Luxor | Mandalay Bay | Monte Carlo

Exhibit 72

EXPLORE THE WORLD OF
# MGM◉MIRAGE



| THE COMPANY ◊ | | |
|---|---|---|
| THE RESORTS & CASINOS ◊ | NEVADA | LAS VEGAS | CITYCENTER |
| INVESTOR RELATIONS ◊ | OUTSIDE NEVADA | RENO | BELLAGIO |
| PLAYERS CLUB ◊ | | JEAN | MGM GRAND LAS VEGAS |
| MGM MIRAGE VACATIONS ◊ | | | MANDALAY BAY |
| M LIFESTYLE MAGAZINE ◊ | | | THE MIRAGE |
| RETAIL VENDOR COMPLIANCE ◊ | | | LUXOR |
| MGM MIRAGE EVENTS ◊ | | | EXCALIBUR |
| RESTAURANT RESERVATIONS ◊ | | | NEW YORK – NEW YORK |
| SHOW RESERVATIONS ◊ | | | MONTE CARLO |
| | | | TREASURE ISLAND |
| | | | CIRCUS CIRCUS |
| | | | RAILROAD PASS |

## ROOM RESERVATIONS

| ARRIVAL DATE | NO. OF NIGHTS | RESORT | |
|---|---|---|---|
| June ▼ 26 ▼ 2008 ▼ | 1 ▼ | Bellagio ▼ | GO! |

Q1 2008 MGM MIRAGE Earnings Conference Call
May 06, 2008 at 11:00 a.m. ET