UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

     Plaintiff,

vs.

MGM MIRAGE AND VICTORIA
PARTNERS, L.P.

     Defendants.

------------------------------x

**ECF Case**

Case No. 08-CV-03157

## DECLARATION OF BERNARD LAMBERT

I, BERNARD LAMBERT, hereby declare under penalty of perjury:

1. I am the Director General of the Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM"). I submit this affidavit in support of SBM's opposition to Defendants' Motion to Dismiss, or, in the Alternative, to Transfer This Case to the District of Nevada.

2. Société des Bains de Mer, U.S.A., Inc. ("SBM USA") operates an office at 565 5th Avenue, New York, New York, for the purpose of promoting in the United States properties owned by SBM in Monaco and booking packages for groups at SBM's hotels, casinos, and other properties in Monaco.

3. SBM USA is funded entirely by SBM, its employees report directly to SBM's officers, and it exists solely to carry out business on behalf of SBM in the United States.

4. Cathleen Williams is the Director of Group Sales for SBM USA and is the head of SBM USA's office. Ms. Williams is likely to be called as a witness at trial to testify about

11235/2559242.1

SBM's promotional activities and use of its CASINO DE MONTE-CARLO mark in the United States, among other topics. Ms. Williams resides in New York, New York.

5. Axel Hoppenot is SBM's Director of Marketing. Mr. Hoppenot is likely to be called as a witness at trial to testify about advertising and use of the mark in commerce in the United Sates and sales to United States residents in the United States and abroad, among other topics. Mr. Hoppenot resides in Monaco.

6. I am likely to testify at trial about the history of SBM and its Casino de Monte-Carlo, the adoption of the CASINO DE MONTE-CARLO mark, advertising and use of the mark in commerce in the United Sates, sales to United States residents in the United States and abroad, and confusion among consumers, among several other topics. I reside in Monaco.

7. SBM does not maintain any offices employees, documents, or other information in Nevada.

Dated: July 2, 2007

_____
Bernard Lambert