UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIETE DES BAINS DE MER ET DU : 
CERCLE DES ETRANGERS A        
MONACO,                       :

            Plaintiff,   :

    vs.
                        :

MGM MIRAGE AND VICTORIA
PARTNERS, L.P.                :

          Defendants.   :

------------------------------x

**ECF Case**

Case No. 08-CV-03157(HB)

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2008, I served a copy of Plaintiff's **OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER THIS CASE TO THE DISTRICT OF NEVADA**, as well as three supporting declarations and their accompanying exhibits, on the attorneys for the Defendants, as designated below, by ECF Filing and first class mail as follows:

        Jonathan E. Moskin
        White & Case LLP
        1155 Avenue of the Americas
        New York, New York 10036

11235/2560753.1

Documents were also served by first class mail upon:

Michael J. McCue
Lewis and Roca LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169

_____
Jonathan A. Scharf
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010

11235/2560753.1