```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

              Plaintiff,

vs.

MGM MIRAGE and VICTORIA
PARTNERS, L.P.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08-CV-03157 (HB)

**STIPULATION AND ORDER**

WHEREAS, on July 3, 2008, Defendants were served with Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer this Case to the District of Nevada;

WHEREAS, Defendants' time to file and serve a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer this Case to the District of Nevada is therefore July 11, 2008;

WHEREAS, Defendants require additional time to respond due to the unavailability of its counsel;

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its attorneys, Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their attorneys, White & Case LLP and Lewis and Roca LLP, and subject to approval by the Court, that the time for all Defendants to reply to file and serve a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer this Case to the District of Nevada shall be on or before July 21, 2008. A request for extension of time was previously granted with respect to this Motion to Dismiss by order of this court dated May 29, 2008.

NEWYORK 6445013 (2K)

DATED: July 7, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
Robert L. Raskopf (RR-5022)
Claudia T. Bogdanos
Jonathan A. Scharf
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR PLAINTIFF
SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO

*Of Counsel:*

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
George R. Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (212) 443-3000
Fax: (212) 443-3100

New York, New York

July 8, 2008

WHITE & CASE LLP

By: _____
Jonathan Moskin (JM-9814)
E. Michelle Dean (ED-0104)
1155 Avenue of the Americas
New York, New York 10036
Tel: (212)-819-8200
Fax: (212)-354-8113

ATTORNEYS FOR DEFENDANTS
MGM MIRAGE and VICTORIA
PARTNERS, L.P.

*Of Counsel:*

LEWIS AND ROCA LLP
Michael J. McCue (*pro hac vice* pending)
Jonathan W. Fountain (*pro hac vice* pending)
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

SO ORDERED:

_____
Hon. Harold Baer
United States District Judge