UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

     Plaintiff,

  vs.

MGM MIRAGE and VICTORIA
PARTNERS, L.P.,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 July 08
```

Case No. 08-CV-03157 (HB)

**STIPULATION AND ORDER**

  WHEREAS, on July 3, 2008, Defendants were served with Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer this Case to the District of Nevada;

  WHEREAS, Defendants' time to file and serve a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer this Case to the District of Nevada is therefore July 11, 2008;

  WHEREAS, Defendants require additional time to respond due to the unavailability of its counsel;

  IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its attorneys, Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their attorneys, White & Case LLP and Lewis and Roca LLP, and subject to approval by the Court, that the time for all Defendants to reply to file and serve a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer this Case to the District of Nevada shall be on or before July 21, 2008. A request for extension of time was previously granted with respect to this Motion to Dismiss by order of this court dated May 29, 2008.

NEWYORK 6688313 (2K)

DATED: July 7, 2008

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | WHITE & CASE LLP |
| By: /s/ Robert L. Raskopf<br>Robert L. Raskopf (RR-5022)<br>Claudia T. Bogdanos<br>Jonathan A. Scharf<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 | By: /s/ Michelle Dean<br>Jonathan Moskin (JM-9814)<br>E. Michelle Dean (ED-0104)<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212)-819-8200<br>Fax: (212)-354-8113 |
| ATTORNEYS FOR PLAINTIFF SOCIÉTÉ DES BAINS DE MER ET DU CERCLE DES ETRANGERS À MONACO | ATTORNEYS FOR DEFENDANTS MGM MIRAGE and VICTORIA PARTNERS, L.P. |
| *Of Counsel:* | *Of Counsel:* |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>George R. Hedges<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (212) 443-3000<br>Fax: (212) 443-3100 | LEWIS AND ROCA LLP<br>Michael J. McCue (*pro hac vice* pending)<br>Jonathan W. Fountain (*pro hac vice* pending)<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398 |

New York, New York

10 July, 2008

SO ORDERED:

/s/ Deborah A. Batts
~~Hon. Harold Baer~~
United States District Judge