UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

             Plaintiff,

    vs.

MGM MIRAGE and VICTORIA
PARTNERS,

            Defendants.

------------------------------x

SCANNED

Case No. 08 Civ. 3157 (HB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Moskin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Jonathan W. Fountain
> Lewis and Roca LLP
> 3993 Howard Hughes Pkwy., Suite 600
> Las Vegas, Nevada 89169
> Phone: 702.949.8200
> Fax: 702.949.8398

Jonathan W. Fountain is a member in good standing of the Bar of the State of Nevada and of the Bar of the State of Michigan. There are no pending disciplinary proceedings against Jonathan W. Fountain in any state or federal court.

NEWYORK 6585852 (2K)



Respectfully submitted,

By: _____

Date:   July 2, 2008

Jonathan E. Moskin (JM 9814)
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorney for Defendants MGM MIRAGE and Victoria Partners

NEWYORK 6585852 (2K)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU : 
CERCLE DES ETRANGERS À
MONACO, :

              Plaintiff, :    Case No. 08 Civ. 3157 (HB)

vs. :    AFFIDAVIT OF JONATHAN MOSKIN
    IN SUPPORT OF MOTION
    TO ADMIT COUNSEL PRO HAC VICE

MGM MIRAGE and VICTORIA
PARTNERS, :

              Defendants.
------------------------------x

State of New York    )
                             ) ss:
County of New York  )

Jonathan Moskin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at White & Case LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Jonathan W. Fountain as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on August 1, 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Fountain is an associate at Lewis and Roca LLP in Las Vegas, Nevada.

4. I have found Mr. Fountain to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

2

5.  Accordingly, I am pleased to move the admission of Jonathan W. Fountain, pro hac vice.

6.  I respectfully submit a proposed order granting the admission of Jonathan W. Fountain, pro hac vice, which is attached hereto as exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jonathan W. Fountain, pro hac vice, to represent Defendant in the above captioned matter, be granted.



Respectfully submitted,

Date:   July 3, 2008

By: _____
Jonathan E. Moskin (JM 9814)
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorney for Defendants MGM MIRAGE and Victoria Partners

Sworn to and subscribed

this 3rd day of July, 2008,

_____
Notary Public
SALVATORE B. POLIZZI
Notary Public, State of New York
No. 01PO6063699
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 4, 2009

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Date:   July __, 2008
        New York, NY

By: _____
    Judge Harold Baer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU :
CERCLE DES ETRANGERS À
MONACO,                        :     Case No. 08 Civ. 3157 (HB)

        Plaintiff,     :     AFFIDAVIT OF SERVICE

vs.                            :

MGM MIRAGE and VICTORIA        :
PARTNERS,

        Defendants.
------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    **CARROL MARSHALL,** being duly sworn, deposes and says: that she resides at Elmsford, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

    That on the 7th day of July, 2008, deponent caused to be served <u>by First Class mail</u> the annexed **MOTION TO ADMIT COUNSEL JONATHAN W. FOUNTAIN PRO HAC VICE**, upon the following party:

        Robert L. Raskopt
        Claudia T. Bogdanos
        Jonathan A. Scharf
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010

an address designated by said attorneys for that purpose, by depositing a true copy thereof, enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Carrol Marshall

Sworn to before me this
7th day of July 2008

_____
Notary Public

BIANCA CARPIO
Notary Public, State of New York
No. 01CA6149472
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires July 10, 2010

7/7/2008 3:31 PM (2K)
[SOCIETE DES BAINS V MGM MIRAGE- JUNE 7, 2008(CM)mailAff.doc]

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Jonathan W. Fountain**

(**Bar Number 10351**) was admitted by the Supreme Court of the State of Nevada

on **04/18/2007** and is an **Active** member of the State Bar of Nevada

in good standing and is duly licensed to practice law as an Attorney and Counselor

at Law in all courts of the State of Nevada.

DATED this Monday, June 23, 2008.



_Suzanne Walters_
Suzanne Walters
Member Services Assistant
State Bar of Nevada



# State Bar of Michigan
# Certificate
## of Good Standing

This certifies that Jonathan W. Fountain, P63899 of Las Vegas, Nevada is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on May 22, 2002 in Wayne County and became a member of the State Bar of Michigan on May 24, 2002.

Janet K. Welch
Executive Director
June 23, 2008