UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

             Plaintiff,

   vs.

MGM MIRAGE and VICTORIA
PARTNERS,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.  08 Civ. 3157 (HB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan Moskin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

      Michael J. McCue
      Lewis and Roca LLP
      3993 Howard Hughes Pkwy., Suite 600
      Las Vegas, Nevada  89169
      Phone: 702.949.8200
      Fax: 702.949.8398
      E-mail: MMcCue@lrlaw.com

Michael J. McCue is a member in good standing of the Bar of the State of Nevada, the Virginia State Bar, and the Bar of the D.C. Circuit Court of Appeals. There are no pending disciplinary proceedings against Michael J. McCue in any state or federal court.



Respectfully submitted,

By: _____

Date:    July 2, 2008

Jonathan E. Moskin (JM 9814)
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorney for Defendants MGM MIRAGE. and Victoria Partners

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU :
CERCLE DES ETRANGERS À
MONACO,                       :
                                      Case No. 08 Civ. 3157 (HB)
          Plaintiff,          :
                                      AFFIDAVIT OF JONATHAN MOSKIN
     vs.                              IN SUPPORT OF MOTION
                              :       TO ADMIT COUNSEL PRO HAC VICE
MGM MIRAGE and VICTORIA
PARTNERS,                     :

          Defendants.
------------------------------x

State of New York    )
                     )  ss:
County of New York   )

Jonathan Moskin, being duly sworn, hereby deposes and says as follows:

1. I am a partner at White & Case LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Michael J. McCue as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on August 1, 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. McCue is a partner at Lewis and Roca LLP in Las Vegas, Nevada.

4. I have found Mr. McCue to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Michael J. McCue, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Michael J. McCue, pro hac vice, which is attached hereto as exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael J. McCue, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Respectfully submitted,

Date: July 3, 2008

By: _____
Jonathan E. Moskin (JM 9814)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

Attorney for Defendants MGM MIRAGE and Victoria Partners

Sworn to and subscribed

this 3rd day of July, 2008,

_____
Notary Public

SALVATORE B. POLIZZI
Notary Public, State of New York
No. 01PO6063699
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 4, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x

SOCIÉTÉ DES BAINS DE MER ET DU :
CERCLE DES ETRANGERS À
MONACO,
:       Case No. 08 Civ. 3157 (HB)

              Plaintiff, :
      ORDER FOR ADMISSION
          vs.       PRO HAC VICE
:       ON WRITTEN MOTION
MGM MIRAGE and VICTORIA
PARTNERS, :

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - -x

      Upon the motion of Jonathan Moskin, attorney for MGM MIRAGE and Victoria Partners and said sponsor's affidavit in support;

      IT IS HEREBY ORDERED THAT

              Michael J. McCue
              Lewis and Roca LLP
              3993 Howard Hughes Pkwy., Suite 600
              Las Vegas, Nevada 89169
              Phone: 702.949.8200
              Fax: 702.949.8398
              E-mail: MMcCue@lrlaw.com

is admitted to practice pro hac vice as counsel for MGM MIRAGE and Victoria Partners in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

By: _____

Date:   July __, 2008
        New York, NY

Judge Harold Baer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

SOCIÉTÉ DES BAINS DE MER ET DU : 
CERCLE DES ETRANGERS À 
MONACO, :
                                    Case No. 08 Civ. 3157 (HB)
              Plaintiff, :
                                    AFFIDAVIT OF SERVICE
    vs. :

MGM MIRAGE and VICTORIA 
PARTNERS, :

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                             )ss.:
COUNTY OF NEW YORK  )

         **CARROL MARSHALL**, being duly sworn, deposes and says:  that she resides at Elmsford, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

         That on the 7th day of July, 2008, deponent caused to be served <u>by First Class mail</u> the annexed **MOTION TO ADMIT COUNSEL MICHAEL J. McCue PRO HAC VICE**, upon the following party:

                       Robert L. Raskopt
                       Claudia T. Bogdanos
                       Jonathan A. Scharf
     Quinn Emanuel Urquhart Oliver & Hedges, LLP
           51 Madison Avenue, 22nd Floor
                   New York, NY  10010

an address designated by said attorneys for that purpose, by depositing a true copy thereof, enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Carrol Marshall

Sworn to before me this
____ day of July 2008

_____
Notary Public

BIANCA CARPIO
Notary Public, State of New York
No. 01CA6149472
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires July 10, 2010

7/7/2008 3:31 PM (2K)
[SOCIETE DES BAINS V MGM MIRAGE- JUNE 7,
2008(CM)mailAff..doc]

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Michael J. McCue**

(**Bar Number 6055**) was admitted by the Supreme Court of the State of Nevada

on **10/14/1996** and is an **Active** member of the State Bar of Nevada

in good standing and is duly licensed to practice law as an Attorney and Counselor

at Law in all courts of the State of Nevada.

DATED this Monday, June 23, 2008.



*Suzanne Walters*
*Member Services Assistant*
*State Bar of Nevada*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### MICHAEL J. McCUE

was on the 18TH day of DECEMBER, 1991 duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ N. Charles
Deputy Clerk

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT MICHAEL JAMES McCUE IS AN ASSOCIATE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. McCUE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 5, 1990,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued June 23, 2008*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER