UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SOCIÉTÉ DES BAINS DE MER ET DU CERCLE
DES ETRANGERS A MONACO

                       Plaintiff,

                       Case No. 08 - CV - 03157 (HB)

      -against-

MGM MIRAGE and VICTORIA PARTNERS, LLP

                       Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

                Claudia T. Bogdanos

☐ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

    7545

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: White & Case LLP

    To: Quinn Emanuel Urquhart Oliver & Hedges LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 51 Madison Avenue, 22nd Fl., New York, NY 10010

☐ *Telephone Number:* (212) 849-7000

☐ *Fax Number:* (212) 849-7100

☐ *E-Mail Address:* claudiabogdanos@quinnemanuel.com

Dated: 7-21-08                           Claudia T. Bogdanos