USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

            Plaintiff,

vs.

MGM MIRAGE and VICTORIA
PARTNERS,

           Defendants.

------------------------------------x

Case No. 08 Civ. 3157 (HB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Jonathan Moskin, attorney for MGM MIRAGE and Victoria Partners, and said sponsor's affidavit in support;

IT IS HEREBY ORDERED THAT

      Jonathan W. Fountain
      Lewis and Roca LLP
      3993 Howard Hughes Pkwy., Suite 600
      Las Vegas, Nevada 89169
      Phone: 702.949.8200
      Fax: 702.949.8398

is admitted to practice pro hac vice as counsel for MGM MIRAGE and Victoria Partners in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

NEWYORK 6585852 (2K)

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

By: _____

Date:   July __, 2008                                     Judge Harold Baer
        New York, NY

Application for Pro Hac Vice GRANTED. The Clerk is Instructed to close this motion.

SO ORDERED.

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 7/21/08

2

NEWYORK 6585852 (2K)