UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - -x
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

     Plaintiff,

  vs.

MGM MIRAGE and VICTORIA
PARTNERS,

     Defendants.

```
- - - - - - - - - - - - - - - - - - - - - - - - - -x
```

Case No. 08 Civ. 3157 (HB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Jonathan Moskin, attorney for MGM MIRAGE and Victoria Partners

and said sponsor's affidavit in support;

  IT IS HEREBY ORDERED THAT

    Michael J. McCue
    Lewis and Roca LLP
    3993 Howard Hughes Pkwy., Suite 600
    Las Vegas, Nevada 89169
    Phone: 702.949.8200
    Fax: 702.949.8398
    E-mail: MMcCue@lrlaw.com

is admitted to practice pro hac vice as counsel for MGM MIRAGE and Victoria Partners in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

NEWYORK 6585721 (2K)

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Date:   July __, 2008
        New York, NY

By: _____
    Judge Harold Baer

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 7/21/08

2