## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2008, I served a copy of this **SUPPLEMENTAL DECLARATION OF JONATHAN W. FOUNTAIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER THIS CASE TO THE DISTRICT OF NEVADA** on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

> Robert L. Raskopf
> Claudia T. Bogdanos
> Jonathan Scharf
> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010

> /s E. Michelle Dean
> E. Michelle Dean
> WHITE & CASE LLP
> 1155 Avenue of the Americas
> New York, New York 10036